Attachment to Civil Cover Sheet
(Attorney Names, Addresses, and Phone Numbers)

I.(c)

Counsel for Plaintiff United States of America:

MAUREEN S. RIORDAN
TIMOTHY F. MELLETT
JAMES THOMAS TUCKER
BRITTANY E. BENNETT
Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 307-2767
Facsimile: (202) 307-3961
E-mail addresses:
Maureen.Riordan2@usdoj.gov
Timothy.F.Mellett@usdoj.gov
James.T.Tucker@usdoj.gov
Brittany.Bennett@usdoj.gov