# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>*Defendants*. | Case No. 25-cv-3761 (KMM/EMB) |

## MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATIONAL FUND AND MISAEL HERNANDEZ'S MOTION TO INTERVENE AS DEFENDANTS

Proposed Intervenors the Minnesota Alliance for Retired Americans Educational Fund ("the Alliance") and Misael Hernandez move to intervene as defendants in this matter to defend their significant interests that stand to be impaired by this litigation.

For the reasons discussed in the supporting brief filed alongside this Motion, and the declarations attached thereto, Proposed Intervenors are entitled to intervene in this case as a matter of right under Federal Rule of Civil Procedure 24(a)(2). In the alternative, Proposed Intervenors request permissive intervention pursuant to Rule 24(b). Pursuant to Rule 24(c), a Proposed Answer is also attached to this Motion.[1]

---

[1] Proposed Intervenors respectfully request leave to file a Rule 12(b) motion within the time period prescribed by the Federal Rules of Civil Procedure or pursuant to any schedule set by this Court.

WHEREFORE, Proposed Intervenors respectfully request that the Court grant their intervention in the above-captioned matter.

Dated: September 30, 2025

Respectfully submitted,

Elisabeth C. Frost*
Robert Golan-Vilella*
Tina Meng Morrison*
Julianna Astarita*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
efrost@elias.law
rgolanvilella@elias.law
tmengmorisson@elias.law
jastarita@elias.law

*/s/ Sybil L. Dunlop*
Sybil L. Dunlop, Reg. No. 390186
Katherine M. Swenson, Reg. No. 0389280
Kshithij Shrinath, Reg. No. 0505164
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
sdunlop@greeneespel.com
kswenson@greeneespel.com
kshrinath@greeneespel.com

*Pro Hac Vice* Applications Forthcoming

*Attorneys for Proposed Intervenors Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez*