**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA, <br><br> *Defendants*. | Case No. 25-cv-3761 (KMM/EMB) |

## L.R. 7.1(F) AND L.R. 7.1(H) CERTIFICATE OF COMPLIANCE

I certify that the Memorandum of Law in Support of Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez's Motion to Intervene as Defendants contains 6,432 words, which complies with Local Rule 7.1(f) and 7.1(h).

I further certify that in compliance with the above-referenced Local Rules, I used Microsoft Word 365 in preparation of the above-referenced document, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the word count(s) referenced above.

Dated: September 30, 2025          Respectfully submitted,

Elisabeth C. Frost*                 */s/ Sybil L. Dunlop*
Robert Golan-Vilella*              Sybil L. Dunlop, Reg. No. 390186
Tina Meng Morrison*               Katherine M. Swenson, Reg. No. 0389280
Julianna Astarita*                Kshithij Shrinath, Reg. No. 0505164
**ELIAS LAW GROUP LLP**            **GREENE ESPEL PLLP**
250 Massachusetts Ave NW          222 S. Ninth Street, Suite 2200
Suite 400                         Minneapolis, MN 55402
Washington, DC 20001              Telephone: (612) 373-0830
Telephone: (202) 968-4490         sdunlop@greeneespel.com
efrost@elias.law                  kswenson@greeneespel.com
rgolanvilella@elias.law           kshrinath@greeneespel.com
tmengmorisson@elias.law
jastarita@elias.law


*Pro Hac Vice* Applications
Forthcoming

*Attorneys for Proposed Intervenors
Minnesota Alliance for Retired
Americans Educational Fund and
Misael Hernandez*

2