IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, *Plaintiff*, v. STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA, *Defendants*. | Case No. 25-cv-3761 |
|---|---|

**INDEX OF EXHBITS ACCOMPANYING MEMORANDUM OF LAW IN SUPPORT OF MOTION TO INTERVENE AS DEFENDANTS**

| Exhibit | Description |
|---|---|
| A | Letter from Maureen Riordan to Steve Simon (June 25, 2025) |
| B | Letter from Justin R. Erickson to Maureen Riordan (July 25, 2025) |
| C | Letter from Harmeet K. Dhillon to Justin R. Erickson (Aug. 13, 2025) |
| D | Letter from Justin R. Erickson to Harmeet K. Dhillon (Aug. 21, 2025) |
| E | [Proposed] Answer |

Dated: September 30, 2025

Respectfully submitted,

/s/ *Sybil L. Dunlop*
Sybil L. Dunlop, Reg. No. 390186
Katherine M. Swenson, Reg. No. 0389280
Kshithij Shrinath, Reg. No. 0505164
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
sdunlop@greeneespel.com
kswenson@greeneespel.com
kshrinath@greeneespel.com

Elisabeth C. Frost*
Robert Golan-Vilella*
Tina Meng Morrison*
Julianna D. Astarita*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
efrost@elias.law
rgolanvilella@elias.law
tmengmorisson@elias.law
jastarita@elias.law

**Pro hac vice* applications forthcoming

*Counsel for Proposed Intervenors Minnesota Alliance for Retired Americans and Misael Hernandez*