IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

STEVE SIMON, in his official capacity
as Secretary of State for the State of
Minnesota, and the STATE OF
MINNESOTA,

    *Defendants*.

Case No. 25-cv-3761 (KMM/EMB)

**L.R. 7.1(F) AND L.R. 7.1(H) CERTIFICATE OF COMPLIANCE**

I certify that the Memorandum of Law in Support of League of Women Voters Minnesota, Common Cause, Jennifer Compeau, and Valerie Mangskau's Motion to Intervene as Defendants contains 5,427 words, which complies with Local Rule 7.1(f) and 7.1(h). I further certify that in compliance with the above-referenced Local Rules, I used Microsoft Word 365 in preparation of the above-referenced document, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the word count(s) referenced above.

Dated: October 14, 2025

Theresa J. Lee*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
slakin@aclu.org

Patricia J. Yan*
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, DC 20005
(202) 457-0800
pyan@aclu.org

*Pro Hac Vice Applications Forthcoming

Respectfully submitted,

*s/ David P. McKinney*
Teresa J. Nelson (MN #0269736)
David P. McKinney (MN #0392361)
**American Civil Liberties Union of Minnesota**
2828 University Ave SE
Minneapolis, MN 55414
(651) 645-4097
tnelson@aclu-mn.org
dmckinney@aclu-mn.org

*Attorneys for Proposed Intervenors League of Women Voters Minnesota, Common Cause, Jennifer Compeau, and Valerie Mangskau*