## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

      *Plaintiff*,

    v.

STEVE SIMON, in his official capacity
as Secretary of State for the State of
Minnesota, and the STATE OF
MINNESOTA,

      *Defendants*.

Case No. 25-cv-3761 (KMM/EMB)

---

### INDEX OF EXHIBITS ACCOMPANYING MEMORANDUM OF LAW IN SUPPORT OF MOTION TO INTERVENE AS DEFENDANTS

| Exhibit | Description |
|---------|-------------|
| A | Declaration of Amy Perna |
| B | Declaration of Annastacia Belladonna |
| C | Declaration of Jennifer Compeau |
| D | Declaration of Valerie Mangskau |
| E | [Proposed] Answer |

[Signature page to follow.]

Dated: October 14, 2025

Theresa J. Lee*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
slakin@aclu.org

Patricia J. Yan*
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, DC 20005
(202) 457-0800
pyan@aclu.org

*Pro Hac Vice Applications Forthcoming*

Respectfully submitted,

*s/ David P. McKinney*
Teresa J. Nelson (MN #0269736)
David P. McKinney (MN #0392361)
**American Civil Liberties Union of Minnesota**
2828 University Ave SE
Minneapolis, MN 55414
(651) 645-4097
tnelson@aclu-mn.org
dmckinney@aclu-mn.org

*Attorneys for Proposed Intervenors League of Women Voters Minnesota, Common Cause, Jennifer Compeau, and Valerie Mangskau*