# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,

    *Defendants*.

Case No. 25-cv-3761 (KMM/EMB)

## DECLARATION OF AMY PERNA

Pursuant to 28 U.S.C. § 1746, I, Amy Perna, declare as follows:

    1.    I was born and raised in Fargo, North Dakota and presently reside in Minnesota. I am also an eligible, registered Minnesota voter. Each time I vote I feel proud to participate in that fundamental democratic task; which is sacred to me. Voting connects Americans to each other and to our history; one in which there has been a great deal of struggle to secure, protect, and expand for all Americans.

    2.    In 2017, I joined the League of Women Voters ("LWV") and its Minnesota affiliate ("LWVMN" or the "League"). I immediately joined the Board of Directors of the St. Paul chapter and served for several years first as Voter Service Chair and later as Co-President. In 2022, I joined the LWVMN staff and now I am LWVMN's Executive Director. In my role as Executive Director, I serve as the public face of LWVMN, work

with our constituency groups to achieve the League's mission, and I manage our state office.

3. Founded in 1920 as an outgrowth of the struggle for voting rights for women, the League is a nonpartisan nonprofit organization with more than one million members, volunteers, and supporters, and is organized in more than 750 communities in all 50 states and the District. LWVMN has more than 3,000 members, volunteers, and supporters across the state of Minnesota, the majority of whom are likely registered voters given our work and mission of:

> *"Empowering voters and defending democracy through voter education and engagement, advocating for democracy, encouraging civic participation and supporting local League leaders and members. We envision a democracy where every person has the desire, the right, the knowledge and the confidence to participate."*

4. Through our staff, members, volunteers, and supporters, LWVMN works tirelessly to protect, preserve, and expand voting rights throughout Minnesota. We expend significant resources conducting on-the-ground voter education, engagement, and assistance efforts, including registering Minnesotans to vote, helping voters navigate the vote-by-mail process, encouraging voters to participate, and assisting voters when they experience problems in trying to vote.

5. For instance, LWVMN typically assists between 10,000 to 20,000 Minnesotans in registering to vote through paper applications in-person each year; and two to three times more register online. We have hosted or otherwise staffed voter

registration and education programs throughout Minnesota including at naturalization ceremonies and National Voter Registration Day events. During such programs, we have incorporated guidance from the Office of Minnesota Secretary of State (whom we partner with regularly) about the privacy of voter registration information.

6. During our voter registration and education work, LWVMN champions Minnesota's strong commitment to data privacy protection. We operate with an expectation that the state will keep voter data safe and secure and free from unlawful disclosure. The success of LWVMN's voter registration work depends on these assurances.

7. LWVMN empowers voters by providing reliable, nonpartisan information about elections and candidates. Each year, local Leagues across the state host candidate forums that give voters the opportunity to hear directly from those running for office. LWVMN also produces a comprehensive statewide voter guide through Vote411.org (every candidate from Soil and Water Board to President is invited). Recognized for our contributions to democracy, the Star Tribune published a thank you letter to LWVMN in 2023, a true and correct copy of which is attached as Exhibit A.

8. In 2024, local Leagues hosted more than 300 candidate forums, which received over 40,000 online views. That same year, our statewide voter guide was used by more than 130,000 Minnesotans. In addition to these efforts, we share information about how elections work, changes to election policy, how to register to vote, and how to research both general and judicial candidates—helping Minnesotans participate confidently in every election.

3

9. LWVMN's work also extends to reaching out to state lawmakers on issues related to voter protection and access. For instance, during the most recent legislative sessions, we publicly supported significant election reform legislation including (in summary): (a) restoring the civil right to vote to individuals with a felony conviction during any period in which they are not incarcerated for the offense; (b) pre-registering sixteen and seventeen year olds for voting; (c) allowing eligible voters to automatically receive an absentee ballot before each election; (d) automatic voter registration; (e) extending early voting and the period by which a voter might submit an absentee ballot directly to a ballot reader prior to an election; (f) strengthening laws to protect voters and elected officials from intimidation and interference; (g) expanding access to foreign language sample ballots and multilingual election judges; (h) establishing stronger state law protections generally through the Minnesota Voting Rights Act; (i) ending prison gerrymandering; (j) expanding access to voting for students at postsecondary institutions; (k) reducing barriers to registering to vote in rural communities; (l) increasing access to vote in all local elections by absentee ballot through offering the ability to apply for a ballot online; (m) requiring employers to provide employees with time off for voting; (n) expanding access to those requiring physical assistance in marking ballots; (o) authorizing establishment of additional temporary polling places; extending the minimum voting hours before Election Day; (p) authorizing absentee ballot delivery to certain vulnerable populations; (q) extending the time by which absentee ballots must be returned to election offices on Election Day; and several others. Attached as Exhibit B is

a true and correct copy of a letter and testimony LWVMN provided to state legislators in support of these election registration reforms.

10. These reforms fueled our efforts toward registering more voters and providing voter education. In coalition with other nonprofit, nonpartisan organizations, LWVMN provided voter education and registration assistance to vulnerable populations such as Minnesotans convicted of a felony who are living in the community on supervised release. We have also helped pre-register approximately 30,000 to 40,000 high school age students - sixteen and seventeen year olds.

11. Our efforts have directly resulted in Minnesotans providing their private data to state government, to be placed on the state's voter registration list ("VRL"). We have a strong interest in ensuring that the data remains protected. We participated as amicus curiae in *Cilek v. Simon*, No. A18-1140, Minn. Sup. Ct. (2020), supporting the Minnesota Secretary of State's decision to restrict access to certain voter's data from disclosure to a local nonprofit organization.

12. Similarly, in this case, on behalf of our members we oppose any effort by the United States to obtain access to Minnesota's VRL without express legal authorization. We strongly believe that Minnesota's full voter registration list should not disclosed to anyone, including the federal government, without a lawful purpose and justification. Our members have expressed concerns about the unlawful release of such data and our volunteers in the field have had to address similar concerns expressed by concerned Minnesotans. We have already begun diverting organizational resources to develop public education about the subject matter of this lawsuit.

13. LWVMN is deeply concerned about the Department of Justice's lawsuit seeking the release of private voter data. Disclosure of this data would violate Minnesota's strong voter privacy protections, erode public confidence in our elections, and discourage voter participation. It would also directly undermine our ability to fulfill our nonpartisan mission to empower voters and defend democracy.

14. Protecting voter data is essential to protecting democracy itself. Trust in the security of personal information is the foundation of voter confidence—and that trust is at the heart of LWVMN's voter education and registration work.

15. Releasing private voter data would expose sensitive personal information—including driver's license numbers, partial social security numbers, and voting history indicators—to misuse. Many Minnesotans, including our members, register and vote with the understanding that their sensitive personal information is protected by state law. Violating that trust could endanger individuals, particularly survivors of domestic violence, election workers, and others who rely on data confidentiality for their safety.

16. LWVMN's outreach and voter registration work depend on building trust with communities. If people fear that registering to vote will expose their private information, they are far less likely to engage. This chilling effect would make it harder for us to reach young voters, new citizens, and underrepresented communities—core groups the League works tirelessly to empower.

17. Minnesota consistently leads the nation in voter participation, in large part because voters trust our system's integrity and privacy safeguards. If that trust is eroded

by federal overreach, Minnesotans may hesitate to register or update their information—contradicting both the spirit and the letter of Minnesota's voter privacy laws.

18. Making private voter data public could enable partisan actors to misuse information to launch mass, unfounded voter challenges or intimidation campaigns. This would create additional barriers to voting and place new administrative burdens on election officials, undermining Minnesota's historically transparent and accessible election system.

19. Lastly, LWVMN members—who are themselves voters, community leaders, and volunteers—would be directly affected by the release of their personal data. Beyond the individual risk, our ability to conduct grassroots voter engagement would be severely compromised. The League's success relies on public trust; any erosion of confidence in the safety and integrity of Minnesota's voter system would damage the credibility of the nonpartisan civic engagement efforts that define our work.

20. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/14/2025

Amy Perna

7

# Exhibit A to the Declaration of Amy Perna

[Customer Appreciation Sale — Warners' Stellian Appliance advertisement]

**The Minnesota Star Tribune**

Minnesota News You Can Use                                                                 Donate

NO SECTION

# A thank-you to League of Women Voters

League of Women Voters of Minnesota's 2,300 members across the state are doing work vital to our democracy.

By **Editorial Board**

NOVEMBER 5, 2023 AT 6:00PM



Minneapolis 10th Ward candidates Aisha Chughtai, left, Bruce Dachis, center, and Nasri Warsame, right, answer questions during a forum sponsored by the League of Women Voters in Minneapolis on Oct. 26. (Elizabeth Flores, Star Tribune/The Minnesota Star Tribune)

ADVERTISEMENT

Comment   Gift   Share   Listen

**Opinion editor's note**: *Editorials* represent the opinions of the Star Tribune Editorial Board, which operates independently from the newsroom. This editorial was written on behalf of the board by Star Tribune Opinion intern Noor Adwan, a 2023 graduate of the University of Minnesota.

•••

As the frenzy of election season draws to a close, we'd like to take a moment to recognize the tireless work that many do to facilitate civic engagement, educate voters and uphold the integrity of our elections.

League of Women Voters of Minnesota (LWVMN) is one organization doing work that is crucial to strengthening our democracy. League members attend naturalization ceremonies to help register new American citizens to vote, show up to high schools, colleges and community events to educate and engage with voters, assist in postelection audits, and host candidate forums for races across the state to inform voters about where their candidates stand on the issues – this year, they've held nearly 70.

"We're always in motion," LWVMN Executive Director Michelle Witte told an editorial writer. "From helping to preserve voting rights at the Capitol, then educating about voting rights, and then engaging people and empowering them, getting them registered [to vote]."

The flurry of legislation related to voting that passed last session has LWVMN busier than usual this year with voter outreach and education, Witte said. These policy changes include voter preregistration for 16- and 17-year-olds, the restoration of voting rights to those who have been convicted of a felony (provided they are no longer incarcerated), automatic voter registration upon the issuance of a state ID, and several other items.

Another development that has kept the organization busier than usual is the prevalence of election disinformation, which has led LWVMN to up its education efforts in recent years, Witte said. Now, the group offers the resource Elections 411, which contains a number of explainers about the electoral and ballot-counting processes, as well as references to studies certifying the results of the 2020 election.

"The way to keep weeds out of your yard is to keep good soil, right?" Witte said. "We're trying to keep good information flowing about our elections so people really see and understand how many checks and balances are in place."



LWVMN is nonpartisan, and does not endorse or support any particular party or candidate. Instead, it works to advance public understanding of major issues and empower voters. Right now, it has about 2,300 members at the state level and across 35 local leagues, an overwhelming majority of whom are volunteers.

"They really are the face of democracy," Witte said of the group's volunteers. "Being civically engaged in your community, working on issues of local concern and educating people on issues is just part of what we need people to do."

The organization's nonpartisan bent is especially evident in its candidate forums, which, in smaller races, might be the most comprehensive guide voters get to their candidates' stances on the issues. Witte said forum moderators undergo extensive training in order to make the forums as fair as possible, and are instructed to stay away from "gotcha" questions.

"We really do specialize in local races. People forget about school boards, county boards, townships, special elections and referendums," Witte said. "So we do a lot on that."

To support LWVMN, Witte encourages interested individuals to become members. While the organization's name honors women voters, Witte stressed that anyone older than 16, regardless of gender, is welcome to sign up. The group also accepts donations, which Witte said would be especially helpful now as LWVMN looks to expand operations in 2024 and host forums in areas where there aren't local leagues.

Witte said she also recommends that voters familiarize themselves with the workings of local government and elections.

"The big message is: Get involved in your government, your local government and your community. Stay informed. Get to know the candidates," Witte said. "Take advantage of the great privilege of being able to vote."

Share    Comment

➕ ABOUT THE WRITER

**Editorial Board**

See More >

**More from No Section**                                                    See More >

NO SECTION
**Homegazing**
Peek inside homes for sale in the Twin Cities area.

NO SECTION
**Feeling lost choosing a restaurant? Let our Culinary Compass lead the way.**
The Star Tribune's new restaurant finder matches your mood with an eatery recommended by our food team.


Mike Stewart

NO SECTION
**No. 6 Georgia rallies to beat Georgia Tech 44-42 in eighth overtime, bolsters playoff hopes**
After falling behind 17-0 at halftime and being dominated most of the game, the Bulldogs may have locked up a spot in the College Football Playoff

**Around the Web**                                              Sponsored by REVCONTENT


REJUVACARE
Edema is Not From Salty Food. Meet The Real Enemy of Swollen Legs


PEOASIS
This 250th Anniversary Hat is Being Snapped Up in Minnesota


HOMEBUDDY
Here's What New Walk-in Shower Should Cost You in 2025


LIVESTLY
Stop Storing Eggs in Your Fridge


TOPCHICDEALS
Here Are The 25+ Coolest Gifts for This Year


FINANCEBUZZ
8 Dumbest Things Middle-Class Americans Waste Money on

# Exhibit B to the Declaration of Amy Perna



April 11, 2023

Dear Madam Speaker and Members,

The League of Women Voters of Minnesota (LWVMN) is proud to be nonpartisan, neither supporting nor opposing candidates or political parties at any level of government, but always working on vital issues of concern to members and the public since 1919. With our more than 2,200 members and 35 local leagues in 45 counties across the state, we envision a democracy where every person has the desire, the right, the knowledge and the confidence to participate.

**LWV Minnesota encourages you to vote for HF3** *in its entirety*. **In particular, we believe that:**

- Automatic Voter Registration addresses the concerns of election integrity and empowers voters. Individuals would opt out (rather than opt in) to register to vote when interacting with a government agency such as the DMV, reducing a key barrier to voter registration. Documentation of citizenship would screen potential registrations to be sent to the Office of the Secretary of State for verification, significantly reducing the work of election workers and requiring proof of eligibility. AVR will ease voter registration for individuals with felony conviction histories whose right to vote will soon be restored. This impacts more than 55,000 Minnesotans from across the state and supports organizations like ours committed to voter participation.

- Permitting the pre-registration of 16 and 17 year olds creates a more robust and accessible voting process for first-time voters. Registering voters when they are eligible will incentivize lifelong engagement. Minnesota already registers 17 year olds if they will be 18 by the next election.

- Establishing a permanent absentee ballot list is a valuable service for voters who, due to a variety of personal circumstances, choose to vote by absentee ballot each election. This would also decrease time and money spent by election administrators who carry out necessary safeguards.

LWVMN strongly supports protecting and expanding our democracy. All eligible Minnesotans should be able to vote, and this bill will encourage participation and civic engagement. I urge you to support HF3 that adds to the many election safeguards to ensure every voice is heard.

Sincerely,

Michelle Witte, Executive Director - League of Women Voters of Minnesota

mwitte@lwvmn.org - 546 Rice Street, #200, St. Paul, MN 55103

**Senate File 3 Democracy for the People Act – Committee In-Person Testimony**

Thank you, Chair Carlson and Committee Members. I'm Paul Huffman and I'm testifying today based on my experience as a Head Election Judge over the last 3 years in 4 different precincts.  I am also a member of the Board of Directors and am the Voter Service Chair for LWV Minnesota , a non-partisan, nonprofit organization that serves voters. I also completed the Election Administration Certificate program at the University of Minnesota Humphrey School and am retired from the U.S. Navy.

Thank you for this opportunity to speak today in support of Senate File 3. I will speak in favor of 3 specific aspects of this bill: Automatic Voter Registration, pre-registration of 16 and 17 year-olds, and permanent absentee voter status.

The precincts I have served as Head Election Judge covered a wide range of communities and provided me a valuable perspective on how we can help voters, election workers and county election administrators.   This is especially applicable to reducing the number of Election Day Registrations, which have ranged from 3 - 10% of Election Day Voters.

AVR simply allows voters to become registered to vote when they update their address and personal information with the state, compatible with moving or undergoing some other life change.  This change reduces the potential for administrative errors and the workload required for county election offices to enter paper voter registration forms in the statewide voter registration system  AVR benefits election judges by reducing the number of administrative errors identified in voter check-in, reducing the number of voters using Election Day Registration, and increases confidence in the integrity of voter rolls.

Similarly, pre-registration of 16 and 17 year olds enables eligible young people to be entered into the voter registration system earlier, when there is time to engage and educate them in their civic rights and duties.  For many young people, the first election when they are eligible to vote occurs when they are away from home for college or military service.  This makes it much more difficult for them to register and vote if they are not already registered. Many Election Day Registrations that election judges currently do are for new voters.  While election judges enjoy registering new voters, every election day registration is an addition to the workload of the election judges. I want to add that Minnesota already registers 17 year olds if they will be 18 by the next election, so the structure to implement this is already in place.

Finally, allowing people to apply for permanent absentee ballot status is a valuable service for those voters who, due to a variety of personal circumstances, choose to vote by absentee ballot each election. Our experience in Voter Service is that there are many voters whose situation warrants voting absentee for the foreseeable future.  This can include long-term military service, residents with disabilities impacting their ability to go to the polls, and those that are unable or reluctant to vote in person at a polling place. In my experience, many of these individuals are lifelong voters but must apply for an absentee ballot each year in order to vote.  Due to their situations, many of these individuals need assistance to request their absentee ballot.  Providing the opportunity for eligible, registered voters to be designated as permanent absentee voters supports voters in their ability to participate in our electoral process.

Thank you for your thoughtful consideration in supporting SF 3.