# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

  v.

STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,

    *Defendants*.

Case No. 25-cv-3761 (KMM/EMB)

---

### DECLARATION OF ANNASTACIA BELLADONNA

Pursuant to 28 U.S.C. § 1746, I, Annastacia Belladonna, declare as follows:

1. I am over 18 years old and am otherwise competent to testify. I have personal knowledge of the matters in this declaration, and I would testify thereto if I were called as a witness in Court.

2. I live in Minnesota, and I am an eligible registered voter. Voting is the most fundamental democratic task, and I am proud to be a Minnesota voter. Our vote is our power. It's how we protect our freedoms and civil liberties, shape our communities, and hold elected leaders accountable. Every election is a chance to stand up for fairness, equity, and a democracy that works for all of us. I am the Minnesota State Director of Common Cause. I am also a member of Common Cause. In my role as State Director, I lead strategic advocacy, grassroots mobilization, and coalition-building efforts to advance democracy reform across the state. I serve as the primary spokesperson and organizer for Common Cause in Minnesota, working to protect voting rights, promote ethical government, and empower communities to hold power accountable. I also

collaborate with local partners, legislators, and national staff to shape policy, drive civic engagement, and ensure that democracy works for everyone.

3. Common Cause is a nonprofit, nonpartisan membership organization incorporated under the laws of the District of Columbia and registered to do business in Minnesota. Pursuant to its bylaws, Common Cause is organized and operated as a membership organization and brings this action in a representative capacity on behalf of its members.

4. Pursuant to its bylaws, Common Cause has defined who qualifies as a member. Under its definition, a "member" of Common Cause is any individual who, within the past two years, (a) made a financial contribution to the organization; or (b) has taken meaningful action in support of Common Cause's advocacy work. Such meaningful action includes, but is not limited to, signing petitions directed to government officials; participating in letter-writing or phone-banking campaigns; attending town halls, workshops, or rallies organized by Common Cause; or otherwise engaging in activities designed to advance the organization's mission. There are more than 15,000 Common Cause Minnesota members.

5. Common Cause's mission is to uphold the core values of American democracy by creating an open, honest, and accountable government that serves the public interest, promotes equal rights, opportunity, and representation for all, and empowers people to make their voices heard in the political process.

6. In Minnesota, Common Cause ensures that Minnesotans' voices are heard in the political process. Common Cause's Minnesota members live across the state and include registered voters whose personal information is maintained in the statewide voter registration database held by the Minnesota Secretary of State. If the Secretary discloses the unredacted voter registration file to DOJ, these members' sensitive personal information—including full residential addresses, voter signatures, dates of birth, driver's license numbers, and portions of social security numbers—

would be unlawfully released, causing an invasion of privacy, chilling participation in the electoral process, and undermining confidence in the integrity of Minnesota elections.

7. Common Cause believes the right to vote is the cornerstone of a functioning democracy. We are committed to ensuring that every eligible Minnesotan can register and cast their ballot. Through the work of our staff, volunteers, members, and supporters, we expand access to voter registration using online tools, same-day registration, and targeted outreach to youth and formerly incarcerated individuals. These efforts are not just about increasing participation—they are about ensuring that every voice is heard, and every vote is protected.

8. We expend significant resources conducting on-the-ground voter engagement and assistance efforts, including registering Minnesotans to vote, helping voters navigate the vote-by-mail process, encouraging voters to participate, and assisting voters when they experience problems in trying to vote. As we engage the public and encourage them to register to vote, including through outreach to newly eligible voters following the passage of the Restore the Vote reform, we often reassure people about the protections that attach to their voter information. Would-be voters often expressed concerns about their data, and we needed to reassure them about the protections the state takes regarding voter data. I can think of numerous examples where these assurances of privacy are what made people feel safe about registering and exercising their right to vote, including people from families with mixed immigration status and people with prior felony convictions expressing fear that the government would use their information to target their families or revoke their status if it found out about their voting history.

9. As a nonpartisan democracy reform organization, Common Cause regularly assists eligible Minnesotans in registering to vote through community education and outreach. The voters we help are now part of the state's official voter file, and we consider it our duty to safeguard the trust they place in us and in the democratic process. We invest significant organizational resources

into grassroots voter engagement across the state, including voter registration, education, and outreach. We travel with a mobile voting booth stocked with voter registration forms to demystify the voting process, especially for 16- and 17-year-olds who are now eligible to preregister. These efforts are designed to build trust, increase participation, and ensure voters are informed and empowered.

10. At every public engagement event, we invite Minnesotans not only to register but also to verify and update their voter information. As a result, many voters we assist become part of the official statewide voter file. We have a vested interest in protecting the integrity and privacy of that data. Any threat to the security of the voter file, especially one that could result in the misuse of personal information, directly undermines our work, damages public trust, and risks chilling voter participation. We also run targeted communications campaigns, including through social media, to keep Minnesotans informed about key election deadlines and updates. These efforts amplify official messages from the Office of the Secretary of State, helping ensure voters have accurate, timely information to participate confidently in our democracy.

11. Otherwise, in our work, we have also advocated for strong privacy protections. In the state legislature, we have lobbied against bills that would have lessened the protections provided by Minnesota's privacy laws. We have leveraged our activists to contact their legislators on the issue and encouraged other organizations with lobbying capacity to also oppose.

12. Disclosure of the entire, unredacted Minnesota voter file would undermine Common Cause's work and risk harm to our members. We rely on public confidence in the security and integrity of voter data to encourage participation. If voters fear their personal information, like full birthdate, partial Social Security number or driver's license number, could be misused or exposed, they may avoid registering to vote, decline to update their current voter registration record, or withdraw from civic engagement activities altogether. Such results undermine Common

Cause's mission to expand access and participation, especially among historically marginalized communities. Knowing that their personal data could be weaponized to question their eligibility to vote would chill engagement with the democratic process. This is especially true for voters in marginalized communities who already face systemic barriers and distrust government surveillance.

13. Disclosure of the full Minnesota voter file would facilitate unsubstantiated voter challenges, a concern especially for vulnerable communities. Improper and flawed mass challenge programs disproportionately target voters without stable housing or traditional addresses. Common Cause actively works to register and protect these very same disenfranchised Minnesotans. Mass challenges, often filed in bulk by activists, can overwhelm local election officials, divert resources from voter outreach and education, delay or obstruct legitimate registrations and ballot processing. This undermines the infrastructure that Common Cause and our partners rely upon to ensure smooth, inclusive elections. Diverting resources to address these improper activities weakens our capacity to run voter registration drives, educate voters, and mobilize communities. These sorts of challenges also work to revive historical tactics of voter suppression. Private voter challenges have roots in post-Reconstruction laws used to disenfranchise Black voters. Today, they are increasingly used to target voters of color, Indigenous Peoples, young voters, and those who are unhoused or in transient living situations; all of whom Common Cause prioritizes in our voter registration work and lobbying/advocacy supporting the inclusion of their voting rights.

14. Common Cause also runs an Election Protection program, which provides critical information and assistance to voters around general elections. The success of this program and our ability to effectively identify and respond to issues that hinder voters depend on voters' trust in the election system. When voters fear their personal information could be misused for partisan or

punitive reasons, especially under a federal administration known for voter suppression rhetoric and tactics, they may hesitate to accept help from volunteers, avoid reporting issues at the polls, and disengage from the voting process altogether.

15. If Minnesota discloses the unredacted voter file, this will work to normalize federal overreach into state-run elections, weakening local control and opening the door to future demands for even more intrusive data. It poses a grave threat to voter privacy and public confidence. This threatens the decentralized structure of U.S. elections, which Common Cause defends as a safeguard against authoritarianism.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 14, 2025

*Annastacia Belladonna-Carrera*
Annastacia Belladonna-Carrera