# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

    *Plaintiff*,

  v.

STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,

    *Defendants*.

Case No. 25-cv-3761 (KMM/EMB)

**DECLARATION OF JENNIFER COMPEAU**

Pursuant to 28 U.S.C. § 1746, I, Jennifer Compeau, declare as follows:

    1.    I am a Minnesota resident, born and raised in East Grand Forks. I am also an eligible, registered Minnesota voter. Voting is important to me because it is the foundation of our democracy. It is the primary way I am able to use my voice in the decision-making process for many benefits and services that impact me and my community. By casting my vote, I choose representatives who share my values and can ensure that people like me are heard at the tables where decisions are made.

    2.    I have a criminal history that stems from a period in my life when I was struggling with addiction, trauma, and instability. At that time, I was simply trying to survive, and the choices I made reflected the chaos I was living in. But my circumstances have drastically changed. I have changed. Today, I am a mother, a professional, and a community leader. I am four years sober. I serve as a Family Resource Coordinator in Polk County, Minnesota, where I support families facing barriers related to incarceration, substance use, and poverty. I am also a Certified Peer

Recovery Specialist, which allows me to work directly with individuals navigating both recovery and the criminal legal system. I volunteer my time to facilitate indigenous culturally based recovery groups. Recovery didn't just change my life; it made me someone who contributes to the lives of others. I serve on several statewide boards and councils, including the Community Resource Center Advisory Council and the Minnesota Social Services Association Board of Directors. I am a proud graduate of the ACLU of Minnesota's 2024 Smart Justice fellowship, a community-based program designed to create opportunities for voter education and engagement related specifically to the Restore the Vote Act, a law Minnesota passed in 2023 restoring the civil right to vote for eligible Minnesotans who are not currently incarcerated for a felony conviction.

3. Since becoming a Smart Justice Fellow, I have dedicated significant time and resources educating my fellow Minnesotans about their restored eligibility to vote under the RTV Act and assisting them with registering to vote. Because of the work I do and the communities I serve, I understand better than most how critical it is for people with lived experience to be a part of civic decision-making. Voting is not just a right to me, it is proof that I am not just restored on paper, I am restored in practice. I show up for my community every day. I pay taxes. I raise my children to be responsible citizens. I work in partnership with government agencies. I help others find their way back from the same hardships I once faced. I have done the work to rebuild my life and reintegrate into society. Being able to fully participate in our democracy, including voting, is an essential part of that reintegration. My record may show where I have been, but my right to vote reflects who I am now: a committed, engaged, and accountable member of my community.

4. I oppose the federal government having access to my private voting registration information. Just because that information is required in order to register to vote, it does not mean that the federal government should have access to it anytime it wants and for whatever purpose it

2

wants. Or that it can use it however it wants. Minnesota law protects my private information from unlawful disclosure and use, and that means the federal government cannot access it without a legitimate and lawful reason. My voter registration work assumes and relies upon the state keeping voter's private information safe, secure, and free from unlawful disclosure.

5. I am really concerned about the federal government having access to my voting information, and the private voting information of every Minnesotan. They even want specific information about voters who have been convicted of a felony. For people like me who have been through the criminal legal system, who have fought to get back on our feet and who have worked hard to rebuild our lives, voting is more than just a right. Voting is proof that we are here, that we matter, and that our voices count. It shouldn't come with fear that someone might use that information against us. Giving federal agencies access to this data could scare people away from both registering to vote and voting. Especially people in recovery, justice-impacted, tribal members and low-income families. Voting should be safe, and private.

6. My community work registering people to vote requires trust, which is not automatically granted, it is earned. Historically, systems of government have not always used data to protect people like me. They have used it to track, control, or punish. I have had people express fears about allowing the federal government to access their private voter data and I think that doing so would discourage people, especially those in recovery, justice impacted still on felony supervised release, tribal members, or low income families from registering to vote, or voting all together out of fear that their private information could be misused.

7. I want to join this lawsuit because it's about my information and disclosure could injure me and my family in immeasurable and unanticipated ways.

3

4

8. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/13/2025

_____
Jennifer Compeau