# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,

    *Defendants.*

Case No. 25-cv-3761 (KMM/EMB)

## DECLARATION OF VALERIE MANGSKAU

Pursuant to 28 U.S.C. § 1746, I, Valerie Mangskau, declare as follows:

1. I was born and raised in Minnesota. I presently reside in Minnesota, and I am an eligible, registered Minnesota voter. Voting is very important to me, every voice and every vote matters.

2. I do not want Minnesota to give my private voter registration data, or the private data of any of my fellow Minnesotans, to the federal government. When I registered to vote, I provided my personal information with the expectation that it be kept private and not disclosed to other government agencies without a lawful basis.

3. I should feel safe when exercising my right to vote without fear and intimidation. But especially given the current environment of extreme political division

and violence, sharing people's private voting registration data will do just the opposite – I will feel afraid to vote, people will feel afraid to vote.

4. Many justice-impacted individuals like me come out of incarceration already fearful, distrustful, and hesitant about engaging with any government systems; our lived-experiences suggest we have good reason to. Sharing our private information will only further contribute to the mistrust of the government which is counterproductive to the goal of rehabilitation. Disclosing such voting data will also keep people from registering to vote and from voting. I could not in good conscience continue to help register people to vote if I know that the information they provide will be shared with federal government agencies in this matter.

5. I have a real personal stake in preventing my private data from being disclosed. Like I said, I am justice-impacted. From the young age of 12 until 27 years old, I had ongoing struggles with substance use disorder and unaddressed mental health issues which ultimately resulted in criminal charges including drug possession and theft. Nearly 10 years ago, I entered a treatment program that changed my life. I have been drug-free ever since. Now that I'm well on my recovery journey, I am a mentor and advocate for issues relating to addiction, mental health, re-entry, and restorative justice within my community. Some of the work that I continue to do is bringing my lived-experience and that of others to community, state, and federal conversations to encourage and support programs and services for people to have their basic needs met, so that people with addiction and people coming out of institutions can break free from continuous cycles and reach a place of stability and restoration with their lives as well.

6. For the past year, I have served as Board President for Truth 2 Da Youth, a mentorship program which focuses on youth mentorship, community engagement, and connection, with the goal of supporting at-risk youth to end the school-to-prison pipeline. I was also a Smart Justice Fellow with the ACLU of Minnesota. There, I helped spread the word throughout communities about the Restore the Vote Act and helped people register to vote who recently had their voting rights restored.

7. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/14/2025

_Valerie Mangskau_
Valerie Mangskau