IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 0:25-cv-03761-KMM-EMB |
| | ) |
| STEVE SIMON in his official capacity as Secretary of State for the State of Minnesota; and the STATE OF MINNESOTA, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## UNOPPOSED MOTION TO ADJUST DEADLINES

Plaintiff the United States of America hereby moves to adjust certain deadlines in the above-captioned case.

1. At the end of the day on September 30, 2025, appropriations to the United States Department of Justice lapsed.

2. During the lapse in appropriations, Department of Justice attorneys and employees of the Plaintiff United States of America were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. On October 1, 2025, the United States filed a motion stay of the entire case until Congress had restored appropriations to the Department (Doc. No. 18), which the Court granted on October 2, 2025 (Doc. No. 19).

1

4. In the late evening on November 12, 2025, President Trump signed into law a continuing resolution that funds certain federal agencies, including the Department of Justice, through January 30, 2026.

5. The 43-day shutdown due to a lapse in appropriations was the longest the federal government has experienced.

6. When funding was restored to the Department of Justice, the Department faced a substantial backlog in its cases requiring additional time for resumption of litigation in an orderly manner.

7. The United States respectfully requests that the Court modify deadlines for the following pending motions or other forthcoming filings:

    a. Deadline for the United States to file its opposition to both pending motions to intervene (Docs. 5 & 29) be reset to Friday, December 12, 2025;

    b. Deadline for the State Defendants' Answer or other responsive pleading to the Complaint be reset to Tuesday, December 23, 2025;

    c. If the State Defendants file a motion in lieu of an Answer, the deadline for the United States' response to any such filing be reset to Wednesday, January 21, 2026; and

    d. If the State Defendants file a motion in lieu of an Answer, the deadline for their reply in support of that motion be reset to Friday, February 6, 2026.

8. The proposed deadlines will provide each party with sufficient time for briefing and avoid any conflicts with holiday schedules.[1]

9. Counsel for the State Defendants and counsel for the proposed intervenors have authorized counsel for the United States to state that they have no objection to this motion.

DATED: November 28, 2025

                                      Respectfully submitted,

                                      HARMEET K. DHILLON
                                      Assistant Attorney General
                                      Civil Rights Division

                                      */s/ James Thomas Tucker*
                                      MAUREEN S. RIORDAN
                                      TIMOTHY F. MELLETT
                                      JAMES THOMAS TUCKER
                                      BRITTANY E. BENNETT
                                      Attorneys, Voting Section
                                      Civil Rights Division
                                      950 Pennsylvania Avenue 4CON
                                      Washington, DC 20530
                                      Maureen.Riordan2@usdoj.gov
                                      Timothy.F.Mellett@usdoj.gov
                                      James.T.Tucker@usdoj.gov
                                      Brittany.Bennett@usdoj.gov
                                      Tel. (202) 307-2767
                                      Attorneys for the United States

---

[1] The United States anticipates that there may be one or more motions filed in the month of December that may require adjustments to the briefing schedule for those filings to avoid conflicts with holiday plans. The parties will work in good faith together to propose any changes to those deadlines and file a motion with the Court to approve them.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *James Thomas Tucker*
James Thomas Tucker

4