## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVE SIMON in his official
capacity as Secretary of State for the
State of Minnesota; and the STATE
OF MINNESOTA,

Defendants.

Case No. 25-cv-03761-KMM-EMB

**ORDER**

Before the Court is the United States' Unopposed Motion to Adjust
Deadlines (Dkt. No. 52). The Court having found that good cause has been
established, the Motion is GRANTED and it is hereby ORDERED:

- The United States shall file its opposition to both pending motions to
  intervene (Dkt. Nos. 5, 29) by December 12, 2025.

- State Defendants shall file their Answer or other responsive pleading to
  the Complaint by December 23, 2025.

- If the State Defendants file a motion in lieu of an answer, the deadline
  for the United States' response to any such filing shall be reset to
  Wednesday, January 21, 2026.

- If the State Defendants file a motion in lieu of an answer, the deadline for their reply in support of that motion shall be reset to Friday, February 6, 2026.

Date: December 5, 2025

_s/Elsa M. Bullard_

ELSA M. BULLARD
United States Magistrate Judge

2