UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Steve Simon in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota,<br><br>Defendants. | Civil No. 25-cv-03761 (KMM/EMB)<br><br>**DEFENDANTS' RESPONSE TO INTERVENTION MOTIONS** |

Before the Court are two motions to intervene filed by various civic organizations and Minnesota voters. (ECF Nos. 5, 29.) All proposed intervenors seek to intervene as of right under Fed. R. Civ. P. 24(a), or alternatively seek permissive intervention under Fed. R. Civ. P. 24(b). Because the defendants believe that permissive intervention would be appropriate, they do not oppose the motions.

Dated: December 12, 2025

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Angela Behrens**
ANGELA BEHRENS, No. 0351076
LINDSEY MIDDLECAMP, No. 0392589
ALLEN COOK BARR, No. 0399094

Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 757-1204 (Voice)
(651) 297-1235 (Fax)
angela.behrens@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us
allen.barr@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

|#6247467-v2