IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA, <br><br> *Defendants*. | Case No. 25-cv-3761 |

**NOTICE OF PLAINTIFF'S CHANGE IN POSITION AND SUPPLEMENTAL AUTHORITY**

Proposed Intervenors the Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez respectfully provide the Court notice that on December 11, 2025, counsel for Plaintiff the United States informed counsel for Proposed Intervenors that Plaintiff no longer opposes Proposed Intervenors' Motion to Intervene, ECF No. 5. Accordingly, no party opposes Proposed Intervenors' pending intervention motion, and Proposed Intervenors therefore respectfully ask that the motion be granted.

In addition, Proposed Intervenors respectfully provide the Court notice of supplemental authority supporting their pending motion to intervene. Namely, federal courts in Oregon, Michigan, and California hearing the Department of Justice's parallel suits seeking those states' voter lists recently granted intervention to individual voters and civic organizations, including another state chapter of the Alliance for Retired Americans, to defend against DOJ's claims. *See generally United States v. Oregon*, No. 6:25-cv-01666,

2025 WL 3496571 (D. Or. Dec. 5, 2025); *United States v. Benson*, No. 1:25-cv-1148, 2025 WL 3520406 (W.D. Mich. Dec. 9, 2025) (granting intervention as of right to the Michigan Alliance for Retired Americans); *United States v. Weber*, No. 2:25-cv-09149 (C.D. Cal. Nov. 24, 2025), ECF No. 70.

Dated: December 12, 2025                                    Respectfully submitted,

Elisabeth C. Frost*                                         /s/ Sybil L. Dunlop
Robert Golan-Vilella*                                       Sybil L. Dunlop, Reg. No. 390186
Tina Meng Morrison*                                         Katherine M. Swenson, Reg. No. 0389280
Julianna D. Astarita*                                       Kshithij Shrinath, Reg. No. 0505164
**ELIAS LAW GROUP LLP**                                     **GREENE ESPEL PLLP**
250 Massachusetts Ave NW                                    222 S. Ninth Street, Suite 2200
Suite 400                                                   Minneapolis, MN 55402
Washington, DC 20001                                        Telephone: (612) 373-0830
Telephone: (202) 968-4490                                   sdunlop@greeneespel.com
efrost@elias.law                                            kswenson@greeneespel.com
rgolanvilella@elias.law                                     kshrinath@greeneespel.com
tmengmorrison@elias.law
jastarita@elias.law

*Admitted *Pro Hac Vice*

*Counsel for Proposed Intervenors Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez*