UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>Defendants. | Case No. 25-cv-3761-KMM-EMB<br><br>Notice of No Position on Motions to Intervene |

**NOTICE OF NO POSITION ON MOTION TO INTERVENE BY MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATIONAL FUND, MISAEL HERNANDEZ (DOC. 5) AND THE MOTION TO INTERVENE BY COMMON CAUSE, JENNIFER COMPEAU, LEAGUE OF WOMEN VOTERS OF MINNESOTA, VALERIE MANGSKAU (DOC. 29)**

On September 30, 2025, Minnesota Alliance For Retired Americans Educational Fund, Misael Hernandez filed their Motion to Intervene (Doc. 5). On October 14, 2025, Common Cause, Jennifer Compeau, League of Women Voters of Minnesota, Valerie Mangskau filed their Motion to Intervene (Doc. 29) (collectively referred to as "Proposed Intervenors").

While the United States initially opposed the Motions to Intervene, the United States notifies the Court that it now takes no position on the Proposed Intervenors' Motions to Intervene.

DATED: December 15, 2025

        Respectfully submitted,

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division

        */s/ Brittany E. Bennett*
        TIMOTHY F. MELLETT (DC Bar No. 430968)
        JAMES THOMAS TUCKER (DC Bar No. 90010157)
        BRITTANY E. BENNETT (GA Bar No. 717377)
        Attorneys, Voting Section
        Civil Rights Division
        950 Pennsylvania Avenue 4CON
        Washington, DC 20530
        Timothy.F.Mellett@usdoj.gov
        James.T.Tucker@usdoj.gov
        Brittany.Bennett@usdoj.gov
        Tel. (202) 307-2767

        Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

DATED: December 15, 2025

        Respectfully submitted,

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division

        /s/ *Brittany E. Bennett*
        BRITTANY E. BENNETT (GA Bar No. 717377)
        Attorneys, Voting Section
        Civil Rights Division
        950 Pennsylvania Avenue 4CON
        Washington, DC 20530