UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 25-cv-03761 (KMM/EMB) |
| Plaintiff, | |
| vs. | **DEFENDANTS' MOTION TO DISMISS** |
| Steve Simon in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota, | |
| Defendants. | |

Defendants State of Minnesota and Minnesota Secretary of State Steve Simon move the Court to dismiss Plaintiff United States of America's complaint. The United States fails to state a claim against the defendants. This motion is based on Fed. R. Civ. P. 12(b)(6), the accompanying memorandum and declarations, and the pleadings filed with this Court.

Dated: December 23, 2025

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

s/**Angela Behrens**
ANGELA BEHRENS, No. 0351076
LINDSEY MIDDLECAMP, No. 0392589
ALLEN COOK BARR, No. 0399094
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 757-1204 (Voice)
(651) 297-1235 (Fax)
angela.behrens@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us
allen.barr@ag.state.mn.us
ATTORNEYS FOR DEFENDANTS

|#6258941