UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 25-cv-03761 (KMM/EMB) |
| Plaintiffs, | |
| vs. | **LOCAL RULE 7.1(f) AND (h)** |
| Steve Simon in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota, | **COMPLIANCE CERTIFICATE** |
| Defendants. | |

I, Angela Behrens, certify that Defendants' Memorandum Supporting Dismissal complies with Local Rule 7.1(f) and (h).

I further certify that, in preparation of the memorandum, I used Microsoft Word 365, and that this word processing program has been applied to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 7,856 words and is printed in 13-point Times New Roman font.

Dated: <u>December 23, 2025</u>

KEITH ELLISON
Attorney General
State of Minnesota

<u>s/**Angela Behrens**</u>
ANGELA BEHRENS, No. 0351076
LINDSEY MIDDLECAMP, No. 0392589
ALLEN COOK BARR, No. 0399094
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 757-1204 (Voice)
(651) 297-1235 (Fax)
angela.behrens@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us
allen.barr@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

|#6260722-v1