UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 25-cv-03761 (KMM/EMB) |
| Plaintiff, | |
| vs. | |
| Steve Simon in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota, | **DECLARATION OF JUSTIN R. ERICKSON** |
| Defendants. | |

STATE OF MINNESOTA  )
                                        ) ss.
COUNTY OF RAMSEY  )

Justin R. Erickson, being first duly sworn, deposes and says as follows:

1. I serve as general counsel at the Office of the Secretary of State of Minnesota. I have held this position since May 2024, and I previously served as the office's deputy general counsel from October 2023 to May 2024. This declaration is based on my personal knowledge and review of records that the office maintains in the ordinary course of business.

2. I have reviewed the complaint that the United States filed in this matter. Paragraphs 28 through 40 of the complaint address two rounds of correspondence between the Secretary's office and the U.S. Department of Justice between June and August 2025. I am familiar with this correspondence because I responded to the Department's letters on behalf of the Secretary's office.

3. On June 25, 2025, the Department requested information about Minnesota's processes for maintaining its statewide voter registration list (SVRL). The Department asked fifteen questions; fourteen questions asked about various processes and one question requested the SVRL's underlying voter data. I responded on behalf of the Secretary's office, answering the first fourteen questions and declining to provide the data because state law protects access to the data and the Department had not identified a legal basis for the request. Attached as Exhibit 1 is a true and correct copy of the Department's June 25, 2025 letter and my July 25, 2025 response.

4. On August 13, the Department sent a follow-up request, again seeking voter data. On the office's behalf, I responded on August 21, again explaining the office's reasons for not providing the requested data. I also offered to discuss any questions about Minnesota's processes. Attached as Exhibit 2 is a true and correct copy of the Department's August 13, 2025 letter and my August 21, 2025 response.

5. The Secretary's office did not receive any further communication from the Department of Justice on this issue after I responded on August 21. The United States instead started this lawsuit in late September.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2025

*/s/ Justin R. Erickson*
JUSTIN R. ERICKSON

2