**U.S. Department of Justice**

Civil Rights Division

*Voting Section*
*950 Pennsylvania Ave, NW – 4CON*
*Washington, DC 20530*

June 25, 2025

The Honorable Steve Simon
Secretary of State
Veterans Service Building, Suite 210
20 W 12th Street
Saint Paul, MN 55155
secretary.state@state.mn.us

Dear Secretary of State Simon:

The Help America Vote Act ("HAVA") establishes minimum standards for states to follow in several key aspects of administration of federal elections, including voting systems, provisional ballots, voter information posters on election days, first-time voters who register to vote by mail, and statewide voter registration databases. HAVA is codified at 52 U.S.C. § 20901 to 21145. In particular, HAVA imposes certain list maintenance obligations on states as part of the uniform statewide database requirements of Section 303(a)(2) of HAVA, 52 U.S.C. § 21083(a)(2), including coordinating the computerized statewide voter registration list ("statewide voter registration list") with state agency records on felony status and death.

Please provide the following information regarding the State's HAVA compliance:

(1)  Describe how the State processes new applications to register to vote for elections for federal office, as required by HAVA Section 303.

(2)  Describe the process by which Minnesota assigns a unique identifier to each legally registered voter in Minnesota, as required by HAVA Section 303(a)(1)(A).

(3)  Describe how the statewide voter registration list is coordinated with the databases of other state agencies, as required by HAVA Section 303(a)(1)(A). Provide the name of each state database used for coordination, and describe the procedures used for the coordination as well as how often the databases are coordinated with the statewide voter registration list.

(4)  Describe the process by which any duplicate voter registrations are identified and removed from the statewide voter registration list under HAVA Section 303(a)(2)(B)(iii). Please include an explanation of how the State determines what constitutes a duplicate voter registration record.

(5)  Describe the process by which voters who have been convicted of a felony are identified and, if applicable under state law, removed from the statewide voter registration list under HAVA Section 303(a)(2)(A)(ii)(I).

**Exhibit 1-1**

(6)    Describe the process by which deceased registrants are identified and removed from the statewide voter registration list under HAVA Section 303(a)(2)(A)(ii)(II).

(7)    Describe all technological security measures taken by the State to prevent unauthorized access to the statewide voter registration list, as required by HAVA Section 303(a)(3).

(8)    Describe the process by which voters who have moved outside the State and subsequently register to vote in another state are identified and removed from the statewide voter registration list, under HAVA Section 303(a)(4)(A).

(9)    Describe the process by which registrants who are ineligible to vote due to non-citizenship are identified and removed from the statewide voter registration list.

(10)   HAVA requires states to verify voter registration information by mandating that applicants provide certain information under HAVA Section 303(a)(5). Please provide a copy of the voter registration application(s) utilized for in-person voter registration, a link to the State's online voter registration application, and, if applicable, the voter registration application used for same-day registration.

(11)   Please describe the verification process under HAVA Section 303(a)(5) that election officials perform to verify the required information supplied by the registrant. Please describe what happens to the registration application if the information cannot be verified.

(12)   Provide a copy of the current agreement, under HAVA Section 303(a)(5)(B)(i), between the chief State election official and the State's motor vehicle authority.

(13)   Provide a copy of the current agreement between the official responsible for the State's motor vehicle authority and the Commissioner of Social Security Administration under HAVA Section 303(a)(5)(B)(ii).

(14)   Under HAVA Section 303(b), describe the State's requirements for an individual to vote if the individual registered to vote by mail and has not previously voted in an election for federal office in the State.

(15)   Please send us Minnesota's current statewide voter registration list. Please include both active and inactive voters.


Please provide this information within 30 days of the date of this letter. The information and materials may be sent by encrypted email to voting.section@usdoj.gov or via the Department's secure file-sharing system, Justice Enterprise File Sharing (JEFS).

**Exhibit 1-2**

If you have any questions, please email voting.section@usdoj.gov. We very much appreciate your cooperation in our nationwide efforts to monitor HAVA compliance.

Sincerely,

Maureen Riordan
Acting Chief, Voting Section
Civil Rights Division

Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division

cc:    Paul Linnell, Director, Elections Division
       Veterans Service Building, Suite 210
       20 W 12th Street
       Saint Paul, MN 55155
       secretary.state@state.mn.us

**Exhibit 1-3**



**STATE OF MINNESOTA**
Office of Minnesota Secretary of State
Steve Simon

July 25, 2025

Maureen Riordan
Acting Chief, Voting Section
U.S. Department of Justice
950 Pennsylvania Avenue NW – 4CON
Washington D.C. 20530

Dear Acting Chief Riordan:

I write in response to your June 25, 2025 request for information regarding Minnesota's compliance with the Help America Vote Act (HAVA). Minnesota has a series of longstanding safeguards that meet or exceed the standards of that act. They are largely codified in Minnesota Statutes Chapter 201 and Minnesota Rules Chapter 8200 and are discussed in greater detail below.[1]  They are responsible for an elections system that is accurate, fair, open, accessible, and widely trusted by Minnesotans.

Minnesota's HAVA safeguards are also subject to rigorous internal and external review. Local election officials conduct post-election reviews after each state general election. The Office of the Legislative Auditor (OLA) published an extensive report on Minnesota's voter registration practices in 2018 and will be publishing an update to that report in the spring of 2026. Each year, Minnesota's county attorneys report to the Office of the Secretary of State (OSS) the number of investigations and prosecutions related to election misconduct, including unlawful voter registration. The number of cases they report is exceedingly small and, of the few reported, nearly all the perpetrators are caught in the verification stage, before they can actually register to vote. Just recently, local election officials used these verification tools to identify and refer to law enforcement two individuals who were attempting to submit voter registration applications with fictitious names. The OSS worked with local partners, the Federal Bureau of Investigation, and the United States Attorney for the District of Minnesota to

---

[1] As part of this discussion, it should be noted that since Minnesota is exempt from the National Voter Registration Act of 1993 because it has provided election-day registration since August 1, 1994, 52 U.S.C. § 20503(b)(2), certain obligations of that act that are cross referenced in HAVA apply differently to Minnesota compared to other states. *See e.g.*, 52 U.S.C. § 21083(a)(2)(A)(iii).

Veterans Service Building, Suite 210 | 20 W 12th Street | Saint Paul, MN 55155
Phone: 651-201-1324 or 1-877-600-8683 | Fax: 651-215-0682 | MN Relay Service: 711
E-mail: secretary.state@state.mn.us | Web site: www.sos.mn.gov

**Exhibit 1-4**

ensure these crimes were prosecuted.[2] As a result, the OSS is confident that Minnesota's HAVA safeguards are functioning exactly as they should.

## I.     Registration

Several of your inquiries (request numbers 1, 2, 7, and 10) relate to the manner in which voter registration applications are processed, secured, and entered into the statewide voter registration database. Any Minnesota resident may register to vote if they are 18 years or older,[3] are a United States citizen, have lived in Minnesota for at least 20 days, and are not incarcerated for a felony offense or subject to a court order revoking their right to vote. Minn. Stat. § 201.014. Eligible Minnesotans may register to vote in several ways, including online at https://mnvotes.sos.mn.gov/VoterRegistration/index; by submitting a paper application to their county auditor or the OSS;[4] at their polling place on election day; or when they return an absentee ballot. Minn. Stat. §§ 201.061, 203B.04. In addition, eligible Minnesotans who provide citizenship affirming documentation when they apply for or renew their driver's license or state identification card are automatically registered to vote. Minn. Stat. § 201.161.

Regardless of the method of registration, the applicant must, at a minimum, provide their name, birth date, address, signature, and driver's license or state identification card number. Minn. Stat. § 201.071, subd. 3. If an applicant does not have a driver's license or state identification card, they may instead provide the last four digits of their Social Security number. *Id*. If they do not have a Social Security number, they may submit a certification to that effect. Minn. R. 8200.9310, subp. 2. Each applicant must also attest that they meet all the criteria to be eligible to vote, including that they are a United States citizen. Minn. Stat. § 201.071. Voters must again attest to their eligibility when they cast a ballot. Minn. Stat. § 204C.10.

The voter registration application is then sent to the county auditor of the county where the applicant resides. Minn. Stat. § 201.121. If the voter completed the application before election day, the auditor has 10 days to enter the information into the statewide voter registration system (SVRS). *Id*. If the voter completed the application on election

---

[2] *See* https://www.mprnews.org/story/2025/07/10/couple-admits-submitting-hundreds-of-fake-voter-registration-forms.

[3] Individuals between 16 and 18 years old may preregister to vote if they meet all the other eligibility requirements.

[4] The paper application to register in advance of an election can be found here: https://www.sos.mn.gov/media/5975/minnesota-voter-registration-application.pdf. The paper election day registration application (which is also used for people registering to vote when they return an absentee ballot) can be found here: https://www.sos.mn.gov/media/uivlj5kq/election-day-voter-registration-application.pdf. The application for Minnesotans in the military or living abroad is located here: https://mnvotes.sos.mn.gov/uocava/index. Those individuals can also register using the federal post card application.

Veterans Service Building, Suite 210 | 20 W 12th Street | Saint Paul, MN 55155
Phone: 651-201-1324 or 1-877-600-8683 | Fax: 651-215-0682 | MN Relay Service: 711
E-mail: secretary.state@state.mn.us | Web site: www.sos.mn.gov

**Exhibit 1-5**

day, the auditor has 42 days to enter the information, unless the county requests, and the OSS grants, an extension of 28 additional days. *Id.*

The SVRS is Minnesota's centralized statewide voter registration list. It contains the registration information of each person who has registered to vote in Minnesota. Minn. Stat. § 201.021. It automatically generates a unique identifying number for each person when their data is entered into the system.[5] The OSS is responsible for maintaining and administering the SVRS, while the county auditors are the chief registrars of voters in their respective jurisdictions. Minn. Stat. §§ 201.021 – .022.

Maintaining the security of the voter registration system and protecting the privacy of voters are two of the OSS's highest priorities. Accordingly, the OSS has taken extensive measures to protect the SVRS from unauthorized access. The SVRS can only be used by state and local election officials who have a government-approved email address and whose access is subject to two-factor authentication. Before any local election official can access the SVRS, they must provide the OSS with the IP address they will be using to access the system. IP addresses that have not been approved in advance are blocked. Users are also subject to role-based access controls so that they can only access the data necessary to carry out their duties. In addition, audit logging is automatically enabled to track any changes made within the system.

The OSS also engages regularly with cybersecurity experts, including the federal Cybersecurity and Infrastructure Security Agency, Elections Infrastructure Information Sharing and Analysis Center, and Minnesota IT Services, to improve its security protocols and identify potential vulnerabilities. The OSS's security protocols include firewalls, secondary and concurrent layer protection, ongoing intrusion protection, penetration testing, encryption of application traffic, and ongoing analysis of the system logs for abnormal activity. If abnormal activity is found, the source IP address is denied at the firewall.

## II.    Verification

You also ask about the ways (requests numbers 11, 12, 13, and 14) in which Minnesota verifies the information provided by those registering to vote. After the county auditor enters the applicant's data into the SVRS, the OSS verifies the applicant's identity by providing their name, date of birth, and driver's license or state identification card number to the Minnesota Department of Public Safety's Driver and Vehicle Services Division (DVS) or, if the applicant provided only the last four digits of their Social

---

[5] For applicants who certify they do not have a driver's license, state identification card, or Social Security number, this number is used to identify the applicant for registration purposes.

Veterans Service Building, Suite 210 | 20 W 12th Street | Saint Paul, MN 55155
Phone: 651-201-1324 or 1-877-600-8683 | Fax: 651-215-0682 | MN Relay Service: 711
E-mail: secretary.state@state.mn.us | Web site: www.sos.mn.gov

**Exhibit 1-6**

Security number, to the Social Security Administration (SSA).[6] Minn. Stat. § 201.121. These two entities determine whether the information provided by the applicant matches the data in their respective systems. If the data cannot be verified, the OSS notifies the county auditor, who attempts to again match the data against the DVS or SSA database. Minn. R. 8200.9310. If the county auditor cannot do so, they must attempt to contact the applicant to obtain the information necessary for verification. *Id*. If the applicant cannot be verified after 10 days, and they are not a first-time voter for federal office in Minnesota who is registering by mail, the county auditor must mark the applicant's registration as incomplete and challenge their record.[7] Minn. Stat. § 201.121. The applicant must then clear the challenge at least 21 days before the next election or at the polling place on election day. *Id*.

If the applicant is a first-time voter in a federal election who is registering by mail, the county auditor must notify them that their application is incomplete. Minn. Stat. § 201.061, subd. 1a. The applicant must complete their registration by presenting a document authorized for election day registration either to their county auditor before election day; registering to vote in person on election day; or following the election day registration procedures for absentee voters. *See id.*, subds. 1a, 3 (listing documents that satisfy this standard). The applicant may also choose to register to vote in person at any time.

The county auditor then verifies the applicant's address by sending them a non-forwardable post card. Minn. Stat. § 201.121. If the card is returned as not deliverable with no permanent forwarding address, the county auditor must challenge the applicant's record.[8] *Id*. The county auditor may then send a second post card, no sooner than 60 days after the first one, to the same address. Minn. Stat. § 201.12 If the second notice is returned, the county auditor must inactivate the applicant's record. *Id*.

If the post card is returned with a permanent forwarding address, the county auditor must inactivate the person's record and, if the new address is located in Minnesota, send a copy of the card to the county auditor where the new address is located. Minn. Stat. § 201.12. The county auditor receiving the card must update the voter's information and again attempt to verify the applicant's address. *Id*. If the voter's new address is outside Minnesota, the county auditor must send a notice to the voter informing them that their record in the SVRS will be inactivated unless the voter notifies the county auditor

---

[6] A copy of the agreement between the OSS and DVS is attached. Information regarding the sharing of information between DVS and the SSA can be obtained by contacting DVS.

[7] Information about the challenge process is available at Minnesota Statutes section 204C.12 and pages 34 and 35 of the SOS's election judge guide, available at https://www.sos.mn.gov/media/4905/election-judge-guide.pdf.

[8] Individuals who register on election day are verified after the election and are referred to the county attorney for investigation and potential prosecution if they cannot be verified.

Veterans Service Building, Suite 210 | 20 W 12th Street | Saint Paul, MN 55155
Phone: 651-201-1324 or 1-877-600-8683 | Fax: 651-215-0682 | MN Relay Service: 711
E-mail: secretary.state@state.mn.us | Web site: www.sos.mn.gov

**Exhibit 1-7**

within 21 days that they are retaining their former address as their permanent residence. *Id*.

If both the applicant's identity and address can be verified through this process, the applicant is registered to vote and listed as an active voter in the SVRS.

### III.    Maintenance

In addition, you ask (request numbers 3, 4, 5, 6, 8, and 9) about the ways in which Minnesota maintains the SVRS to ensure that only eligible individuals are registered to vote, duplicate registrations are eliminated, and voter names and addresses are updated when appropriate. The SVRS is updated daily and subject to rigorous checks to maintain its accuracy. These checks are the result of extensive efforts by the OSS and its county partners to ensure that only eligible people are registered to vote. As part of this process, state and local election officials rely on extensive reporting from several federal and state agencies. *See* Minn. Stat. §§ 201.13, .145. They include:

- A monthly report from the Minnesota Department of Corrections listing the name, address, last known residential address that is not a correctional facility, and date of birth of all individuals ages 16 years or older who are ineligible to vote under Minnesota law because they are currently incarcerated for a felony offense;[9]

- A monthly report from the Minnesota Department of Health containing the name, address, date of birth, and county of residence for all individuals 18 years or older who have died since the previous report;

- A monthly report provided by the Electronic Registration Information Center (ERIC)[10] listing all the people on the Social Security Death Index since the previous report;

- A report provided each business day by the Minnesota State Court Administrator containing the name, address, date of birth, and, if available, the driver's license number, state identification card number, or the last four digits of the Social Security number of each individual who is either subject to a guardianship order prohibiting them from voting or who has been found legally incompetent to vote; and

---

[9] The OSS also receives periodic reports from the U.S. Department of Justice on individuals who have been convicted of federal felony offenses.

[10] ERIC is a nonprofit, nonpartisan organization comprised of 25 states and the District of Colombia that provides data matching services to its members to help maintain accurate voter records.

Veterans Service Building, Suite 210 | 20 W 12th Street | Saint Paul, MN 55155
Phone: 651-201-1324 or 1-877-600-8683 | Fax: 651-215-0682 | MN Relay Service: 711
E-mail: secretary.state@state.mn.us | Web site: www.sos.mn.gov

**Exhibit 1-8**

- A monthly report from the Minnesota Department of Public Safety listing the name, address, date of birth, driver's license or state identification card number, and, if available, the last four digits of the Social Security number of each individual the Department of Public Safety has identified as having temporary lawful status in the United States.

Each agency submits its report to the OSS, which compares it with data in the SVRS to determine whether any person listed in the report is a registered voter. *Id*. If so, the OSS notifies the appropriate county auditor so they can review and take appropriate action. *Id*. The auditor must challenge the record of each individual who is incarcerated, subject to a guardianship order, legally incompetent to vote, or listed as possessing temporary lawful status. *Id*. They must inactivate the record of each individual who has passed away. *Id*. In addition, the auditor must also refer any person who has been reported to have registered to vote while possessing temporary lawful status or voted while incarcerated to the county attorney. *Id*. Those cases are investigated for potential prosecution.

The OSS and its county partners also take extensive steps to update the SVRS when voters change their address or name. Each month, ERIC provides the OSS a list of voters who: (1) moved from Minnesota to another ERIC member state; (2) moved within Minnesota; or (3) filed a change of permanent address with the U.S. Postal Service. Any person appearing on any of the above lists has their record updated in the SVRS and their new address verified the same way as a person registering to vote for the first time. In addition, as part of Minnesota's automatic voter registration program, DVS provides the OSS with the addresses of all individuals who are eligible to vote when they apply for or renew their driver's license or state identification card. Minn. Stat. § 201.161. The OSS compares that data to data stored in the SVRS. If any of those individuals are already registered to vote, but have reported a new address to DVS, their voter record is updated and their new address verified. *Id*. With regard to name changes, the OSS receives a daily report from the State Court Administrator containing the name, address, and driver's license or state identification card number of each individual 18 years or older who changed their name. Minn. Stat. § 201.14. The OSS notifies county auditors of this information, and county auditors update each individual's voter record. *Id*.

Finally, the SVRS has several safeguards in place to prevent and eliminate duplicate voter registrations. If a county election official enters a new voter record or modifies an existing record, the SVRS checks to see if the driver's license or state identification card number or name, address, and date of birth match another record in the system. If

Veterans Service Building, Suite 210 | 20 W 12th Street | Saint Paul, MN 55155
Phone: 651-201-1324 or 1-877-600-8683 | Fax: 651-215-0682 | MN Relay Service: 711
E-mail: secretary.state@state.mn.us | Web site: www.sos.mn.gov

**Exhibit 1-9**

it does, the SVRS automatically generates an error message notifying the official they need to review the potential duplicate record before proceeding.

In addition, ERIC provides the OSS with a monthly report of all voters with duplicate registrations within Minnesota. The OSS distributes those names to the county auditor so they can remove the duplicate entries. County officials must also run an SVRS-generated report before and after each election that identifies potential duplicate registrations based on six different criteria, including name, address, driver's license number, state identification card number, and the last four digits of a Social Security number. County officials must compare all the data in the potential matches and merge any duplicate entries. And, at the end of each calendar year, the OSS inactivates any voter who has not voted or updated their registration in the previous four years. Minn. Stat. § 201.171.

The measures outlined above, which are the result of extraordinary partnerships between the OSS, county officials, and several other entities, not only meet or exceed HAVA standards, they have also resulted in one of the most secure and accurate voter registration systems in the country. Public trust in this system is exceedingly high, as evidenced by the fact that Minnesota routinely leads the nation in voter turnout. The OSS is proud to have a system that encourages voting while maintaining the safeguards necessary to preserve fair and accurate elections.

## IV.    Voter Registration List

Finally, you ask (request number 15) that the OSS provide a copy of Minnesota's statewide voter registration list, including both active and inactive voters. That list contains sensitive personal identifying information on several million individuals. The OSS takes seriously its obligations under state and federal law, including HAVA, to protect that data from unauthorized use. *See generally* Minn. Stat. § 201.091 (placing restrictions on the sharing of voter registration data); 52 U.S.C. § 21083(a)(3). As a result, it is the long-standing practice of the OSS not to disclose any information contained on its statewide voter registration list unless expressly required by law.

The OSS also believes in public accountability and scrutiny of our systems and will share voter registration information when required by law. For example, the OSS is fully cooperating with the nonpartisan OLA in its review of Minnesota's voter registration practices and will be providing them with full access to any data they require to conduct that evaluation, as required by Minnesota Statutes section 3.978. More information about the OLA's review is available here: https://www.auditor.leg.state.mn.us/announce/2025-Voter-Registration-System-OSS-focus.pdf.

Veterans Service Building, Suite 210 | 20 W 12th Street | Saint Paul, MN 55155
Phone: 651-201-1324 or 1-877-600-8683 | Fax: 651-215-0682 | MN Relay Service: 711
E-mail: secretary.state@state.mn.us | Web site: www.sos.mn.gov

**Exhibit 1-10**

8

The Department of Justice did not, however, identify any legal basis in its June 25 letter that would entitle it to Minnesota's voter registration list. Nor did it explain how this information would be used, stored, and secured. It is unclear, for example, if this information would be subject to the Freedom of Information Act, 5 U.S.C. § 552, or whether the Department of Justice would share the data with other federal agencies. The OSS will require clear legal justification for the data and sufficient information to show that the data will be protected and used properly before it can consider whether it is appropriate to share Minnesota's voter registration list.

Please feel free to contact me with any questions. I can be reached at justin.erickson@state.mn.us or 651-201-6895. Thank you for your attention to this matter.

Sincerely,

Justin R. Erickson
General Counsel

Veterans Service Building, Suite 210 | 20 W 12th Street | Saint Paul, MN 55155
Phone: 651-201-1324 or 1-877-600-8683 | Fax: 651-215-0682 | MN Relay Service: 711
E-mail: secretary.state@state.mn.us | Web site: www.sos.mn.gov

**Exhibit 1-11**



# State of Minnesota
## Amended Interagency Agreement

This Agreement is between the Minnesota Department of Public Safety, acting through its Driver and Vehicle Services division ("DPS"), and the Office of the Secretary of State ("OSS").

## Agreement

**1  Term of Agreement**

**1.1  Effective Date. July 1, 2020**, or the date signed by all State officials as required by Minnesota Statutes § 16C.05, subdivision 2, whichever is later.

**1.2  Expiration Date. July 31, 2025**, or until all obligations have been satisfactorily fulfilled, whichever occurs first.

**2  Scope of Work**

**2.1  Driver's license and/or State identification card matching agreement.**
Pursuant to Section 303 of the Help America Vote Act, Public Law 107-252, DPS will provide OSS a daily encrypted file with matching public data, see Exhibit A *Section 1* ["DVS Data"], from the database containing Minnesota driver's license and Minnesota identification card information. The daily file will contain public data on new and updated voter registration applications as provided by the Statewide Voter Registration System ["SVRS"] operated by OSS. The public data provided will be sufficient to process new and updated voter registration applications as required by Minnesota Statutes, Chapter 201 and Minnesota Rules, Chapter 8200. The specific method to process the data file is set forth in Exhibit B, which is attached and incorporated into this Agreement.

**2.2  Social Security "4-digit" matching agreement.**
Pursuant to Section 303 of the Help America Vote Act, Public Law 107-252, DPS will provide OSS a daily encrypted file with the required data, see Exhibit A *Section 2* ["DVS Data"]. DPS agrees to enter into an agreement with the Social Security Administration (SSA) and the American Association of Motor Vehicle Administrators (AAMVA) to provide the matching of information from those voter registration applications for which no match is made through the procedures referenced in Exhibit B.

**2.3  Driver's license and Minnesota identification card database export**.
Pursuant to Minn. Stat. § 171.12 subd. 7a and Minn. Stat. § 201.13, subd. 3, DPS will provide OSS a monthly encrypted database file containing Minnesota's complete driver license and state identification card data, see Exhibit A *Section 3* ["DVS Data"]. The provided data will be used for matching with information obtained by an organization governed exclusively by a group of states to improve the accuracy of the voter registration records in the SVRS. The data may not be retained by OSS for more than 60 days. The data that may be shared are: name, date of birth, address, driver's license or state identification card number, the last four digits of an individual's Social Security number, and the date that an individual's record was last updated.

**2.4  Voter registration indication.**
DPS will provide OSS a daily encrypted file of individual's data, see Exhibit A *Section 4* ["DVS Data"], who indicated they want to register to vote on their driver license application or identification card for that specific day.

**Exhibit 1-12**

**2.5   Data security.**
In Clause 2, Section 2.5, DVS Data is defined as any data provided in Exhibit A.
OSS will:

**2.5.1.** Refrain from using any information identified in or derived from DVS Data obtained from DPS for personal or non-business purposes, such use resulting in violation of federal or state laws, rules and regulations, and policies.

**2.5.2.** Restrict access to DVS Data exclusively and solely to OSS personnel who need access to perform their job duties.

**2.5.3.** Educate all OSS personnel who access personal information on the proper use and dissemination of DVS Data using Exhibit C as the fundamental basis for such education.

**2.5.4.** Comply with the Commissioner of Public Safety's mandate for immediate and permanent revocation of the authorization of any individual who willfully enters, updates, accesses, shares, or disseminates DVS Data in violation of state or federal law.

**2.5.5.** Protect DVS Data by refraining from use of DVS Data in a manner that contravenes the public policy of DPS or the general well-being of DPS' customers.

**2.5.6.** Protect DVS Data by refraining from use of any information identified in or derived from DVS Data in violation of the terms of this Agreement including the distribution of encrypted DVS Data outside the purview of this Agreement.

**2.5.7.** Notify DPS within 24 hours of discovering any breach of personal information contained in DVS Data, such notification being provided via email to the DPS Authorized Representative identified in Clause 4. Notification shall include a list of all records and information OSS believes or has reason to believe to have been lost or compromised.

**2.5.8.** Notify DPS within 24 hours of any computer security problem, investigation, misplaced data, or other negative event that has compromised personal information in DVS Data, such notification being provided via email to the DPS Authorized Representative identified in Clause 4.

**2.5.9.** Comply with all terms and conditions of the DPS' website privacy and security policies which is available for viewing at https://dps.mn.gov/divisions/dvs/Pages/dvs-content-detail.aspx?pageID=560 and https://dps.mn.gov/divisions/dvs/forms-documents/Documents/Policy125-1000Security_Confidentiality.pdf.

**3   Consideration and Payment**
OSS will pay DPS $1,000.00 annually throughout this agreement, based on the information and services described in Clause 2, Section 2.1.

OSS will pay DPS a total of $1,100.00 every three months throughout this agreement, based on actual AAMVA quarterly fees for the interfaces described in Clause 2, Section 2.2. If AAMVA changes its rate(s), the new AAMVA rate(s) will be applicable to this agreement.

OSS will pay DPS a total of $1,190.80 annually throughout this agreement, based on actual SSA annual fees for the interfaces described in Clause 2, Section 2.2. If the SSA changes its rate(s), the new SSA rate(s) will be applicable to this agreement.

**4   Authorized Representatives**
The DPS Authorized Representative is the following person or his successor:
Name:              Pong Xiong, Director
Address:           Minnesota Department of Public Safety; Driver and Vehicle Services
                   445 Minnesota Street, Suite 190
                   Saint Paul, MN 55101-5190
Telephone:         651.201.7580
Email Address:     pong.xiong@state.mn.us

**Exhibit 1-13**

The OSS Authorized Representative is the following person or his successor:

| | |
|---|---|
| Name: | Paul Linnell, Director of Elections |
| Address: | 20 West 12th Street, Suite 210 |
| | Saint Paul, MN 55155 |
| Telephone: | 651.556.0647 |
| Email Address: | paul.linnell@state.mn.us |

**5   Assignment, Amendments, Waiver, and Agreement Complete**

**5.1   Assignment.** OSS may neither assign nor transfer any rights or obligations under this Agreement without the prior written consent of DPS and a fully executed assignment agreement, executed and approved by the same parties who executed and approved this Agreement, or their successors in office.

**5.2   Amendments.** Any amendment to this Agreement must be in writing and will not be effective until it has been executed and approved by the same parties who executed and approved the original contract, or their successors in office.

**5.3   Waiver.** If DPS fails to enforce any provision of this Agreement, that failure does not waive the provision or DPS' right to enforce it.

**5.4   Contract Complete.** This Agreement contains all negotiations and agreements between DPS and the OSS. No other understanding regarding this Agreement, whether written or oral, may be used to bind either party.

**6   Liability**

The DPS and the OSS agree that each party will be responsible for its own acts and the results thereof to the extent authorized by law and shall not be responsible for the acts of any others and the results thereof. The DPS and the OSS liability shall be governed by the provisions of the Minnesota Tort Claims Act, Minnesota Statutes, Section 3.736, and other applicable law.

**7   Government Data Practices**

OSS must comply with the Minnesota Government Data Practices Act, Minnesota Statutes Chapter 13, and 18 U.S.C. § 2721, as they apply to all data provided by DPS under this Agreement and as it applies to all data created, collected, received, stored, used, maintained, or disseminated by OSS under this Agreement. The civil remedies of Minnesota Statutes §§ 13.08 and 13.09 and 18 U.S.C. §§ 2721-2725 apply to the dissemination of the data referred to in this clause by either OSS or DPS as outlined in Exhibit D and Exhibit E which are attached and incorporated into this Agreement..

If OSS receives a request to release the data referred to in this clause, OSS must immediately notify DPS. DPS will give OSS instructions concerning the release of the data to the requesting party before the data is released.

**8   Termination**

**8.1**   Upon repeal or amendment of Section 303 of the Help America Vote Act of 2002, Public Law 107-252, either party may terminate this agreement at any time, with or without cause, upon 30 days' written notice to the other party.

**8.2**   Upon repeal or amendment of Minnesota Statutes, Chapter 201, Minnesota Rules, Chapter 8200, Minn. Stat. § 171.12 subd. 7a and Minn. Stat. § 201.13, subd. 3, either party may terminate this agreement at any time, with or without cause, upon 30 days' written notice to the other party.

**Exhibit 1-14**

**DEPARTMENT OF PUBLIC SAFETY; DRIVER AND VEHICLE SERVICES DIVISION**

By: _Carrie Buchholz_
       (with delegated authority)

Title: DVS Deputy Director

Date: 6/30/2025


**OFFICE OF THE SECRETARY OF STATE**

By: _Julie Strother_

Title: Chief of Staff

Date: 6/30/2025

**Exhibit 1-15**

## Exhibit A

### 1.1    Section 1 (see Clause 2.1)

DVS Data is defined as any of the following data:

- Citizenship information
- City
- County Code
- Date of Birth
- Date record was added to the file
- Driver License Number/Identification Number
- First Name
- Last action date
- Last four of the Social Security Number
- Last Name
- Middle Name
- Registration Date
- Soundex Number
- Street Address
- Suffix
- Zip Code

### 1.2    Section 2 (see Clause 2.2)

DVS Data is defined as any of the following data:

- Date of Birth
- First Name
- Last four of the Social Security Number
- Last Name
- Middle Name
- Response Code
- Suffix

### 1.3    Section 3 (see Clause 2.3)

DVS Data is defined as any of the following data:

- City
- Date of Birth
- Declined Vote Registration
- Driver License Number/Identification Number
- Entity Search Key
- Entity Type
- First Name
- Full Name
- Gender
- Initial Registration Date
- Last Activity Date
- Last four of the Social Security Number
- Last Name

**Exhibit 1-16**

<u>**Exhibit A**</u> *(Continued)*

**Section 3** *(Continued)*

- Middle Name
- Old SoundEx Driver License Number/Identification Card Number
- State
- Status Begin Date
- Status Code
- Status End Date
- Street Address
- Suffix
- US Citizen
- Zip Code

## 1.4   Section 4 (see Clause 2.4)

DVS Data is defined as any of the following data:

- Application Date
- County Code
- Date of Birth
- Driver License Number/Identification Number
- First Name
- Last Name
- Mailing City
- Mailing State
- Mailing Street
- Mailing Zip
- Middle Name
- Phone Number
- Previous First Name
- Previous Last Name
- Previous Middle Name
- Previous Suffix
- Residential City
- Residential State
- Residential Street
- Residential Zip
- Suffix
- Transfer Date

**Exhibit 1-17**

# **Exhibit B**

## 1    Overview

### *1.1    Process Purpose*

Pursuant to the requirements of Sec.303 (a) (5) (8) of the Help America vote Act (HAVA), data in the Secretary of State's (OSS) Statewide Voter Registration System (SVRS) must be matched with data at the Department of Public Safety (DPS), Driver and Vehicle Services Division (DVS) to permit verification of the accuracy of the information in each system. Currently, OSS receives a nightly file that contains changes or additions to the DVS database, where the driver has indicated a desire to register their voting data at OSS. This document integrates the current process with HAVA required matching to make a coherent verification system.

### *1.2    Requirements*

HAVA requires that officials at both agencies can validate the verification process. This document addresses the process of sending and receiving data from DVS, the steps of the verification process, and how the results of the verification process are recorded in the SVRS system. The framework is then in place for OSS to validate that the process is working, and then define the follow-up activities required for variations on the outcome of the verification. The results of the verification process can also be available to DVS, to be used for any follow up defined within that agency.

### *1.3    Process Flow – DVS initiated input*

The diagram below illustrates data that comes from a transaction initiated at DVS. This is the result of a person applying for a Minnesota driver's license or identification card, and indicating the desire to register to vote. Note that since data is coming from DVS, and accepted by OSS into the SVRS system, it is guaranteed, by OSS, to be a match and so is marked as verified.



**Exhibit 1-18**

**Exhibit B** *(Continued)*

## 1.4    Process Flow – OSS – DVS verification

The diagram below illustrates a nightly process that OSS initiates, attempting to verify voter data with DVS data. This is the result of an OSS (voter) initiated update, such as a new or changed voter registration application received and processed by OSS.



## 1.5    Voter Verification Status

A key component of the verification process is the verification status of an individual voter. The table below defines the list of voter verification status values in the Statewide Voter Registration System.

| Verification Status | Verification Sub-status (aka Reason) | Definition | Next System Steps |
|---|---|---|---|
| Unverified or null | Match-No Verify | Existing voter records were all initially set to Unverified.<br><br>Voter who currently exists in the VR database, but has not gone through the verification process. | No action needed until voter changes data. |
| To Be Verified MDL | Initial | Data is new or changed and is in need of verification with DVS. | Proceed with verification process<br><br>Export record to DVS to verify against DVS MDL data. |

**Exhibit 1-19**

## Exhibit B *(Continued)*

| Verification Status | Verification Sub-status (aka Reason) | Definition | Next System Steps |
|---|---|---|---|
| MDL Verified | Match | Voter has MDL.<br><br>One exact match with DVS MDL data existed. | System sets the 'Must Show ID' flag to FALSE and<br><br>'Mail ID Exempt' flag to TRUE.<br><br><br>System sets the 'Must Show ID' flag to FALSE for any future elections. |
| | No Match | No MDL and no SSN.<br><br>No possible matches with DVS existed.<br><br>I.e. voter does not have MDL. | No action needed |
| Failed MDL Verification | No Match | Has MDL, but no possible DVS MDL matches.<br><br>I.e. wrong name or wrong DL# or wrong DOB | System identifies these voter records for review by Auditor. |
| | Match-No Verify | Possible matches exist | |
| To Be Verified SSN | Initial | Voter has SSN.<br><br>Failed MDL verification with no possible match and only provided last 4 SSN. | Export record to DVS for SSA verification. |
| SSN Verified | SSN Match | Voter has SSN.<br><br>Match found with SSA SSN data and voter is NOT deceased. | System sets the 'Must Show ID' flag to FALSE and<br><br>'Mail ID Exempt' flag to TRUE.<br><br>System sets the 'Must Show ID' flag to FALSE for any future elections. |
| Failed SSN Verification | SSN Match Deceased | Voter has SSN.<br><br>Match found with SSA SSN data and voter is deceased. | |
| | No SSN Match | No match found with SSA SSN data. | |
| | SSN Process Failed | SSN Process Failed | |

**Exhibit 1-20**

**Exhibit B** *(Continued)*

| Verification Status | Verification Sub-status (aka Reason) | Definition | Next System Steps |
|---|---|---|---|
| Auditor Verified | No Match | Auditor verified the identity of the voter; however, no match existed because voter does not have a DL# or SSN. | System sets the 'Must Show ID' flag to False.<br><br>System sets the 'Mail ID Exempt' flag to True. |
| | Match | Auditor verified the identity of the voter and was able to identify one match with DVS data. | System sets the 'Must Show ID' flag to FALSE for any future elections. |
| Auditor Failed Verification | (Legacy data)<br><br>Incomplete – Must Show ID | These sub-statuses was originally available to user in SVRS, however, sub-statuses were reworked and now this is not available in dropdown. | System allows user to queue 'Incomplete by mail' letter. |
| | (Legacy data)<br><br>Incomplete Information | | System allows user to queue 'Incomplete for other' letter. |
| | Driver license number did not match DVS information | | System allows user to queue 'Incomplete by mail' letter or 'Incomplete for other' letter depending on whether voter record has Must Show ID flag set.<br><br>Auditor Challenges voter. |
| | Last Name did not match DVS information | | |
| | First or middle name did not match DVS information | | |
| | Date of birth did not match DVS information | | |
| | More than one item did not match DVS information | | |
| | Driver License number assigned to different individual | | |
| | No SSN Match | | |

**Exhibit 1-21**

**Exhibit B** *(Continued)*

## 1.6    Verification Process Step

In addition to the verification status, SVRS will track the following items:

1. Sub-status (used to assist in determining what type of problem is occurring in the process)
2. First verification attempt date (initialized upon change that requires verification)
3. Last verification status update date (used to determine how long the verification process takes)
4. DVS data in a voter record (copy of DVS versions of address, name, etc, which may not match exactly with OSS data but can be used for auditor verification).

When a change is made to a voter record, the verification dates are cleared out, in preparation for the verification process to update the date fields as appropriate.

## 1.7    Process for OSS or DVS officials to verify the verification process

Information in the SVRS and DVS databases must be matched "to the extent required ... to verify the accuracy of the information provided on applications for voter registration." (HAVA sec. 303 (a)).

This is accomplished in SVRS by "Statewide Verification Reports" which may be run at any time. The report shows various system activity statistics regarding the verification process, and may include specific date ranges.

## 1.8    What constitutes a match?

In order for verification to be enforced, the definition of a "match" must be clearly understood. For the purposes of this verification process, there are two match concepts (record and verification):

1. Record match (all of the following)

| Field | Match |
|-------|-------|
| Lastname | Exact match |
| Firstname | First initial match |
| Date of Birth | Exact match |

OR

| Field | Match |
|-------|-------|
| DL/ID# or SSN | Exact match |

2. Verification match

| Field | Match |
|-------|-------|
| Lastname | Exact match |
| Firstname | First initial match |
| Date of Birth | Exact match |

**Exhibit 1-22**

**<u>Exhibit B</u>** *(Continued)*

| DL/ID# or SSN | Exact match |
|---|---|

Generally, DVS will return data with a "Record Match" or "Verification Match". OSS will mark as verified, data with a "Verification Match".

The detailed process information in the sections that follow illustrate this in greater detail.

**Exhibit 1-23**

**Exhibit B** *(Continued)*

## 2    Process Details

### 2.1    Verification States

The status values defined earlier are mutually exclusive, and follow a prescribed sequence. The state diagram below illustrates this:



Here is the process flow associated with the state diagram:

1. All existing voters are "Unverified".
2. Certain OSS-initiated update, which is to say a change based on a voter request, changes the status to "To Be Verified".
3. 'To Be Verified" voters are sent nightly to DVS.
4. DVS produces a list of matches.
5. OSS checks for a "Verification Match". If found, the verification status becomes "Verified".
6. The "Failed Verification" voters may be investigated by OSS or county personnel.

**Exhibit 1-24**

**Exhibit B** *(Continued)*

7. OSS may re-send a batch of "Failed Verification" voters to DVS to again attempt the Verification process by changing their status to "To Be Verified'.

8. Any DVS-initiated updates, that is to say voter requests initiated as part of a change to a person's state ID or Driver's license, becomes automatically "Verified".

9. An Auditor can investigate and change a status from "Failed Verification" to "Auditor Verified" or "Auditor Failed Verification". If the Auditor selects "Auditor Failed Verification" then the auditor must challenge the voter under proposed legislation.

## 2.2    DVS File Formats

### 2.2.1    DVS → OSS Input File (DVS Import Process)

This is the current file that is sent by DVS for changes to driver's license and identification cards.

| Item | Description |
|---|---|
| Filename | DPS.txt |
| Data Included | Last Name |
| | First Name |
| | Middle Name |
| | Date of Birth |
| | Address (combined) |
| | Minnesota DL/ID # |
| | SSN (last 4 digits) |
| Timing | Send nightly |

*DVS Import*

| Column Name | Data Type | Column Width | Column Type |
|---|---|---|---|
| CountyCode | string | 2 | Fixed |
| XferDate | string | 8 | Fixed |
| DOB | string | 8 | Fixed |
| LastName | string | 40 | Fixed |
| FirstName | string | 40 | Fixed |
| MiddleName | string | 40 | Fixed |
| NameSuffix | string | 6 | Fixed |
| PrevLastName | string | 40 | Fixed |
| prevFirstname | string | 40 | Fixed |
| PrevMiddleName | string | 40 | Fixed |
| PrevNameSuffix | string | 6 | Fixed |
| ResAddrStreetNum | string | 6 | Fixed |
| ResAddrStreetNumSuffix | string | 4 | Fixed |
| ResAddrstreetName | string | 20 | Fixed |

**Exhibit 1-25**

**Exhibit B** *(Continued)*

| Column Name | Data Type | Column Width | Column Type |
|---|---|---|---|
| ResAddrStreetType | string | 4 | Fixed |
| ResAddrStreetDirection | string | 2 | Fixed |
| ResAddrAptBox | string | 5 | Fixed |
| ResCity | string | 20 | Fixed |
| ResState | string | 2 | Fixed |
| ResZip | string | 9 | Fixed |
| MailingStreet | string | 35 | Fixed |
| MailCity | string | 20 | Fixed |
| MailState | string | 2 | Fixed |
| MailZip | string | 9 | Fixed |
| PhoneNumber | string | 10 | Fixed |
| SchoolDistrict | string | 25 | Fixed |
| ResAddress | string | 32 | Fixed |
| AppDate | string | 8 | Fixed |
| DriversLicense | string | 13 | Fixed |
| Column0 | string | 2 | Fixed |

### 2.2.2   OSS → DVS SSN Verification Request File

This is the file that is generated nightly by OSS, to be sent to DVS / AAMVA to search for possible matches. When a new or updated registration is received by OSS, it is required to include either a Minnesota driver's license number or identification card number, or the last four digits of the SSN.  OSS then attempts to verify the information with DVS.  Note that if the change comes from DVS, that verification is not needed.

*SSN File Export*

| Column Name | Data Type | Column Width | Column Type |
|---|---|---|---|
| LastName | string | 35 | Fixed |
| FirstName | string | 20 | Fixed |
| MiddleName | string | 20 | Fixed |
| NameSuffix | string | 5 | Fixed |
| DOB | string | 8 | Fixed |
| SSN | string | 9 | Fixed |
| IADLN | string | 25 | Fixed |
| Response | string | 1 | Fixed |
| Row Delimiter column | unicode string | 0 | Delimited |

### 2.2.3   DVS → OSS SSN Verification Results Files – Match or No Match

This is the file that DVS / AAMVA returns to OSS, with DVS / AAMVA verification search results.  The file includes one of two things:  Either verification matches as defined earlier, or in the case where there is no match, just the Voter ID.  If no record exists at DVS / AAMVA for verification, the voter goes into the County Auditor Queue to be verified.

*SSN File Import*

**Exhibit 1-26**

**Exhibit B** *(Continued)*

| Column Name | Data Type | Column Width | Column Type |
|---|---|---:|---|
| LastName | string | 35 | Fixed |
| FirstName | string | 20 | Fixed |
| MiddleName | string | 20 | Fixed |
| NameSuffix | string | 5 | Fixed |
| DOB | string | 8 | Fixed |
| First5SSN | string | 5 | Fixed |
| Last4SSN | string | 4 | Fixed |
| IADLN_1 | string | 10 | Fixed |
| IADLN_2 | string | 15 | Fixed |
| Response | string | 1 | Fixed |
| Column 10 | string | 50 | Delimited |

### 2.2.4   OSS → DVS MDL Verification Request File

This is the file that is generated nightly by OSS, to be sent to DVS to search for possible matches.  When a new or updated registration is received by OSS, it is required to include either a Minnesota driver's license number or identification card number, or the last four digits of the SSN.  OSS then attempts to verify the information with DVS.  Note that if the change comes from DVS, that verification is not needed.

### DVS Verification Send

| Column Name | Data Type | Column Width | Column Type |
|---|---|---:|---|
| VoterID | string | 15 | Fixed |
| LastName | string | 32 | Fixed |
| FirstName | string | 32 | Fixed |
| MiddleName | string | 32 | Fixed |
| DOB | string | 8 | Fixed |
| MDL | string | 13 | Fixed |
| SSN | string | 4 | Delimited |

### 2.2.5 DVS → OSS MDL Verification Results Files – Matching or No Match

DVS returns two files to OSS, Exact Match / No Possible Match and Possible Match files.  Exact Match / No Possible match file includes one of two things:  Either verification matches as defined earlier, or in the case where there is no match, just the Voter ID.  Possible Matches file includes possible matching records.  If no record exists at DVS for verification, the voter goes into the County Auditor Queue to be verified.  If possible voter records match the voter goes into the County Auditor Queue to be verified.

### DVS Verification Receive xMatch

| Column Name | Data Type | Column Width | Column Type |
|---|---|---:|---|
| VoterID | string | 15 | Fixed |
| DOB | string | 8 | Fixed |
| LastName | string | 32 | Fixed |
| FirstName | string | 32 | Fixed |
| MiddleName | string | 32 | Fixed |
| Suffix | string | 6 | Fixed |

**Exhibit 1-27**

**Exhibit B** *(Continued)*

| Column Name | Data Type | Column Width | Column Type |
|---|---|---:|---|
| ResAddress | string | 32 | Fixed |
| City | string | 20 | Fixed |
| CountyCode | string | 2 | Fixed |
| Zip | string | 9 | Fixed |
| DriversLicenseNumber | string | 13 | Fixed |
| Last4SSN | string | 4 | Fixed |
| InitialProcessDate | string | 10 | Fixed |
| Column 0 | string | 2 | Fixed |

*2.2.6    ERIC Extract DVS → OSS*

This is the file that DVS sends to OSS with all citizens who reside in MN, are 18 years or older and have a Minnesota driver's license number or identification card number.

*ERIC*

| Column Name | Data Type | Column Width | Column Type |
|---|---|---:|---|
| ent_type | string | 25 | Fixed |
| ent_src_key | string | 50 | Fixed |
| us_citizen | string | 1 | Fixed |
| declined_vreg | string | 1 | Fixed |
| status_code | string | 1 | Fixed |
| reg_date | string | 10 | Fixed |
| Last_act_date | string | 10 | Fixed |
| gender | string | 1 | Fixed |
| dob | string | 10 | Fixed |
| ssn | string | 4 | Fixed |
| dl_num | string | 25 | Fixed |
| last_name | string | 50 | Fixed |
| first_name | string | 50 | Fixed |
| middle_name | string | 50 | Fixed |
| name_suffix | string | 25 | Fixed |
| addr1 | string | 250 | Fixed |
| city | string | 50 | Fixed |
| state | string | 25 | Fixed |
| zip | string | 9 | Fixed |
| Createid | string | 30 | Fixed |
| OldSoundExDLN | string | 30 | Fixed |
| space | string | 2 | Fixed |

*2.2.7    DVS Non-Citizen File (VISA process)*

This is the file that DVS sends to OSS with a list changes for the past month of non-citizen records.

**Exhibit 1-28**

## **Exhibit B** *(Continued)*

*VISA File Import*

| Column Name | Data Type | Column Width | Column Type |
|---|---|---|---|
| Name | string | 32 | Fixed |
| Addr | string | 32 | Fixed |
| City | string | 20 | Fixed |
| State | string | 2 | Fixed |
| Zip | string | 5 | Fixed |
| DOB | string | 8 | Fixed |
| Stat-Begin | string | 8 | Fixed |
| Stat-End | string | 8 | Fixed |
| Perm-DL | string | 13 | Fixed |
| Newest-DL | string | 13 | Fixed |
| SSN-4 | string | 4 | Fixed |
| L-Name | string | 35 | Fixed |
| F-Name | string | 35 | Fixed |
| M-Name | string | 35 | Fixed |
| SU-Name | string | 5 | Fixed |
| Filler-01 | string | 17 | Fixed |

## *2.3    File FTP Timing*

*DVS Import process*

OSS by: 3:00am daily

File Name: DPS_OSS_REGV_YYYYMMDD.txt

*MDL Verification process*

DPS by: 6:00pm daily

OSS by: 3:30am daily

File Name: OSS_DPS_VV_YYYYMMDD.txt

DPS_OSS_VVP_YYYYMMDD.txt

DPS_OSS_VVX_YYYYMMDD.txt

*SSN Verification process*

DPS by: 6:00pm daily

OSS by: 4:00am daily

File Name: OSS_DPS_VV_SSN_YYYYMMDD.txt

DPS_OSS_VV_SSN_YYYYMMDD.txt

**Exhibit 1-29**

**<u>Exhibit B</u>** *(Continued)*

*ERIC process*

OSS by: 1st Tuesday of each Month

File Name: YYYYMMDD_DPS_OSS_ERIC.zip

DPS_OSS_ERIC_YYYYMMDD.txt


*VISA process*

OSS by: Occurs every first Monday of every 1 month at 6:30am

File Name: DPS_OSS_VISA_YYYYMMDD.txt

## 2.4    *Timing Scenarios*

DVS info updated first, sent to OSS, match causes verification.

OSS info updated first, verification match attempted once. Subsequent update will come from DVS. DVS info updated second, sent to OSS, match causes verification.

**Exhibit 1-30**

**Exhibit B** *(Continued)*

# 3    Verification Number Selection Process

## *3.1    Verification Numbers Assigned*

1. If the Minnesota driver's license number or identification card number is verified it will be used as the voter verification number for the voter record and will be kept with the voter record as long as the number continues to match when verification is attempted.

2. If the verification process shows that no Minnesota driver's license number or identification card number exists, the last four digits of the social security number will be used as the voter verification number for the voter record and will be kept with the voter record as long as the number continues to verify and a Minnesota driver's license number or identification card number is not added.

3. If the verification process shows that no Minnesota driver's license number or identification card number exists, and that no record of a social security number for the applicant exists, the system-generated unique identifier for the record required by HAVA (303) (a) (1) (8) (iii) will be known as the voter verification number for the voter record pursuant to HAVA (303) (a) (5) (A) (ii) and will be kept with the voter record as long as the number continues to verify and a Minnesota driver's license number, identification card number or social security number is not added.

**Exhibit 1-31**

**<u>Exhibit C</u>**

# SECURITY AND CONFIDENTIALITY OF DATA & RECORDS
# Driver and Vehicle Services

<u>Policy Number:  125-1000</u>

**POLICY:**

Access to Driver and Vehicle Services (DVS) data is granted and authorized only during work hours and for the purposes of carrying out assigned job duties.

Effective October 1, 2018, the Commissioner will immediately and permanently revoke authorization of any individual who willfully enters, updates, accesses, shares, or disseminates data in violation of state law. <u>Minn. Stat. § 171.12, subd. (1a)(b).</u>

The Commissioner will forward any violations of state or federal law to the appropriate authority for prosecution. <u>Minn. Stat. § 171.12, subd. (1a)(b).</u>

**AUTHORITY:**

18 U.S.C. §§ 2721 et seq., Driver's Privacy Protection Act <u>Minn. Stat. Ch. 13</u>, Minnesota Government Data Practices Act <u>Minn. Stat. § 168.345, subd. 1</u>, Information by telephone

<u>Minn. Stat. § 171.07, subd. 1a,</u> Filing photograph or image; data classification

<u>Minn. Stat. § 171.12, subd. (1a)(b),</u> Driver and vehicle services information system; security and auditing <u>Minn. R. 1205.0200, subp. 9</u>, Private data

<u>DPS Policy 5100</u>, Acceptable Use of Department Computers, Electronic Equipment, Information Systems and Resources

**APPLICABILITY:**

All DVS employees and individuals who have access to DVS data

**PURPOSE:**

To ensure all DVS employees and individuals who have access to DVS data are informed of Minnesota statutes and federal laws regarding the appropriate access and use of division records.

**DEFINITIONS:**

Personal Information - identifying data including, but not limited to, an individual's photograph, social security number, driver's license number, name, address (not zip code), date of birth, telephone number, and medical/disability information.

Staff - for the purposes of this policy, staff means DVS employees and any individuals who have access to DVS data.

Transactions - all interactions with customers, stakeholders, and legislators, including but not limited to, phone inquiries, emails, letters, applications, orders, convictions relating to licenses, identification cards, and motor vehicles. 18 U.S.C. §§ 2721 et seq.

**PROCEDURES:**

A.   All staff must read this policy and sign the "DVS Data Access Attestation Statement," 125-1000a (attached) on the first day of employment.

B.   Each January, all staff must review this policy and sign the "DVS Data Access Attestation Statement," 125-1000a (attached).

**Exhibit 1-32**

**<u>Exhibit C</u>** *(Continued)*

C.  <u>Usernames and Passwords</u>

    1.  Staff will not share usernames and passwords with anyone, including supervisors and technical support staff.

    2.  In the event that staff suspect their password is compromised or known to others, staff will change their password and notify their supervisor immediately.

D.  <u>Access to DVS data</u>

    1.  Staff will only access DVS data during work hours.

    2.  Staff will only access DVS data for the purposes of carrying out assigned job duties and for lawful purposes.

    3.  Staff will not enter, update, access, share, or disseminate DVS data to anyone unless authorized by state and federal law.

    4.  Staff not authorized to process enhanced driver's licenses, enhanced identification cards, REAL ID compliant driver's licenses, or REAL ID compliant identification cards will not enter, update, access, share, or disseminate DVS data related to these specific types of transactions.

E.  <u>Transactions and records relating to individuals known to staff</u>

    1.  Staff will not process any transactions for themselves or for friends, family, or other employees.

    2.  Staff will not check their own records or the records of friends, family, or other employees.

    3.  All requests for special handling of any transaction or action on any type of license, permit or registration involving staff or friends, family, or other employees must be turned over to a supervisor.

F.  <u>Telephone release of data</u>

    1.  Staff will not release non-public vehicle registration information over the telephone, except to the following, ONLY after verifying the requestor is from one of the following:

        a.  law enforcement agencies

        b.  personnel of other states that register vehicles

        c.  authorized agents of the Department of Public Safety (DPS)

G.  <u>Monitored Access to DVS Data</u>

    1.  All record access through all verification systems is monitored electronically and maintained in audit files by the Data Practices Unit.

    2.  The audit files are reviewed periodically to ensure staff compliance with DVS policy and applicable state and federal laws.

H.  <u>Secure data storage and disposal methods</u>

    1.  Staff are responsible for secure handling, storage and disposal of documents containing personal information that identifies an individual.

    2.  Staff must ensure DVS documents or electronic files that contain personal information are stored or destroyed in a manner that does not reveal personal information to others.

    3.  Staff must dispose of all documents that contain personal information in the proper locked disposal containers.

I.  <u>The following unauthorized actions are violations of this policy:</u>

    1.  changing or tampering with records

    2.  sharing or disseminating data

    3.  accessing records with no business purpose

    4.  processing or assisting in processing of fraudulent or unauthorized:

        a.  certificate of title

        b.  registration

        c.  permit

**Exhibit 1-33**

# Exhibit C *(Continued)*

       d.      driver's license

       e.      identification card

       f.      any other DVS document or license

5.    requesting another staff commit any actions prohibited in this policy

6.    receiving or attempting to receive an advantage for driver's licensing or motor vehicle registration or titling due to their title or employment.

J.    <u>Penalties for violation of this policy</u>

1.    The Commissioner will immediately and permanently revoke the authorization of any individual who willfully enters, updates, accesses, shares, or disseminates data in violation of state law. Minn. Stat. § 171.12, subd. (1a)(b).

2.    The Commissioner will forward any violations of state or federal law to the appropriate authority for prosecution. Minn. Stat. § 171.12, subd. (1a)(b).

3.    Corrective action, including counseling and/or job reassignment

4.    Disciplinary action, including discharge

5.    Possible criminal prosecution, fines, and civil action

**REVIEW:**
Annually

**REFERENCES:**
Minn. Stat. § 43A.38, Code of Ethics for Employees in the Executive Branch

**ATTACHMENTS:**
"DVS Data Access Attestation Statement," 125-1000a

**SUPERSESSION:**
DVS Policy, "Security and Confidentiality of Data & Records" November 23, 2015

**Exhibit 1-34**

<u>**Exhibit C**</u> *(Continued)*

## MINNESOTA DEPARTMENT OF PUBLIC SAFETY
## DRIVER & VEHICLE SERVICES DIVISION

### Security & Confidentiality of Data & Records
### DVS Data Access Attestation Statement

<u>Policy Number:  125-1000a</u>

**Check One:**          ☐ New Employee                    ☐ Annual

**Supervisors**

1)     Give staff a copy of DVS policy 125-1000, Security and Confidentiality of Data and Records.

2)     If DVS staff, submit this attestation statement to the DVS Training & Development Unit.

3)     If non-DVS staff, the supervisor retains a copy of the signed attestation statement in case of audit.

**Employee**

I have read and understand this policy and have had the opportunity to ask questions and discuss them with my supervisor.

I understand that pursuant to Minn. Stat. § 171.12, Subd. 1a (b), the Commissioner will immediately and permanently revoke the authorization of any individual who willfully enters, updates, accesses, shares, or disseminates data in violation of state or federal law.

The Commissioner will forward any violation of state or federal law to the appropriate authority for prosecution.

_____

   (Print Name)

_____

   (Signature)                                                    (Date)

**Exhibit 1-35**

# Exhibit D

Access to Driver License and Motor Vehicle records is governed by Minnesota Statutes Sections 168.346, 171.12 Subd. 7 and 171.12 Subd. 7a. and United States Code, Title 18, Sections 2722-2725.

**Under United States Code, Title 18, Sec. 2722 the following are unlawful acts:**
- (a) Procurement for Unlawful Purposes. -- It shall be unlawful for any person knowingly to obtain or disclose personal information, from a motor vehicle record, for any use not permitted under section 2721(b) of this title.
- (b) False Representation. -- It shall be unlawful for any person to make false representation to obtain any personal information from an individual's motor vehicle record.

**Under United States Code, Title 18, Sec. 2723 the following penalty may apply to unlawful acts:**
- (a) Criminal Fine. -- A person who knowingly violates this chapter shall be fined under this title.

**United States Code, Title 18, Sec. 2724 provides for the following Civil action.**
- (a) Cause of Action. -- A person who knowingly obtains discloses or uses personal information, from a motor vehicle record, for a purpose not permitted under this chapter shall be liable to the individual to whom the information pertains, who may bring a civil action in a United States district court.

- (b) Remedies. -- The court may award--
  - (1) actual damages, but not less than liquidated damages in the amount of $2,500;
  - (2) punitive damages upon proof of willful or reckless disregard of the law;
  - (3) reasonable attorneys' fees and other litigation costs reasonably incurred; and
  - (4) such other preliminary and equitable relief as the court determines to be appropriate.

**Under United States Code Title 18, Sec. 2725 Motor vehicle record is defined as:**
(1) "motor vehicle record" means any record that pertains to a motor vehicle operator's permit, motor vehicle title, motor vehicle registration, or identification card issued by a department of motor vehicles;

**Exhibit 1-36**

# Exhibit E

Permissible Uses of Motor Vehicle Data
as provided in United States Code, Title 18, Section 2721

1) For use by any government agency, including court or law enforcement agency, in carrying out its functions, or any private person or entity acting on behalf of a Federal, State or local agency in carrying out its functions.

2) For use in connection with matters of motor vehicle or driver safety and theft; motor vehicle emissions; motor vehicle product alterations, recalls or advisories; performance monitoring of motor vehicles, motor vehicle parts and dealers; motor vehicle market research activities, including survey research; and removal of non- owner records from the original owner records of motor vehicle manufacturers.

3) For use in the normal course of business by a legitimate business or its agents, employees, or contractors, but only
   (A) to verify the accuracy of personal information submitted by the individual to the business or its agencies, employees, or contractors; and
   (B) if such information as so submitted is not correct or is no longer correct, to obtain correct information, but only for the purposes of preventing fraud by, pursuing legal remedies against, or recovering on a debt or security interest against the individual.

4) For use in connection with any civil, criminal, administrative, or arbitral proceeding in any Federal, State or local court or agency or before any self-regulatory body, including the service of process, investigation in anticipation of litigation, and the execution or enforcement of judgments and orders, or pursuant to an order of a Federal, State or local court.

5) For use in research activities, and for use in producing statistical reports, so long as the personal information is not published, re-disclosed, or used to contact individuals.

6) For use by any insurer or insurance support organization, or by self-insured entity, or its agents, employees, or contractors, in connection with claims investigation activities, antifraud activities, rating or underwriting.

7) For use in providing notice to the owners of towed or impounded vehicles.

8) For use by any licensed private investigative agency or licensed security service for any purpose permitted under this subsection.

9) For use by an employer or its agent or insurer to obtain or verify information relating to a holder of a commercial driver's license that is required under the Commercial Motor Vehicle Safety Act of 1986 (49 U.S.C. App. 2710 et seq.).

10) For use in connection with the operation of private toll transportation facilities.

11) For any other use in response to requests for individual motor vehicle records if the State has obtained the express consent of the person to whom such personal information pertains.

12) For bulk distribution for surveys, marketing, or solicitations if the State has obtained the express consent of the person to whom such personal information pertains.

13) For Use by any requester, if the requester demonstrates it has obtained written consent of the individual to whom the information pertains.

14) For any other use specifically authorized under the law of the State that holds the record, if such use is related to the operation of a motor vehicle or public safety. *List specific statutory authorization.*

**Exhibit 1-37**