UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 25-cv-03761 (KMM/EMB) |
| Plaintiff, | |
| vs. | **DECLARATION OF LINDSEY E. MIDDLECAMP** |
| Steve Simon in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota, | |
| Defendants. | |

I, Lindsey E. Middlecamp, hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am employed as Special Counsel in the Minnesota Attorney General's Office, and am one of the attorneys of record in this case. I submit this Declaration in support of the Motion to Dismiss filed by Defendants State of Minnesota and Secretary of State Steve Simon.

3. Submitted herewith are true and correct copies of relevant legislative history and excerpts of the congressional record and other materials within the public record, which, for the Court's convenience, are organized in the table below:

| Exhibit | Detailed Description |
|---|---|
| 1 | White House Fact Paper No. 279 regarding the Civil Rights Act of 1957, March 27, 1957 |
| 2 | President Dwight D. Eisenhower's "Special Message to Congress on Civil Rights," delivered February 5, 1959. |
| 3 | H.R. Rep. No. 956, Report No. 956 (1959) (Excerpted) |
| 4 | 106 Cong. Rec. 3683, 3692 (1960) (statement of Sen. Jacob Javits) (Excerpted) |
| 5 | 106 Cong. Rec. 3683, 5192-94, 5208-09 (1960) (statements of Rep. Ray Madden and Rep. William McCulloch) (Excerpted) |
| 6 | 106 Cong. Rec. 3683, 5299-300 (1960) (statement of Rep. Seymour Halpern) (Excerpted) |
| 7 | 106 Cong. Rec. 3683, 5450 (1960) (statement of Rep. Emanuel Celler) (Excerpted) |
| 8 | Dwight D. Eisenhower, *Statement by the President Upon Signing the Civil Rights Act of 1960 - May 6, 1960*, Pub. Papers of the Presidents 398 (1961) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2025 in Minneapolis, MN

*/s Lindsey E. Middlecamp*

Lindsey E. Middlecamp