UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 25-cv-03761 (KMM/EMB) |
| Plaintiff, | |
| vs. | **DEFENDANTS'** |
| Steve Simon in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota, | **MEET-AND-CONFER STATEMENT** |
| Defendants. | |

I represent Defendants State of Minnesota and Minnesota Secretary of State Steve Simon. I certify that, before filing the defendants' motion to dismiss, attorneys representing both parties met and conferred by speaking by video conference on December 1, 2025. The parties do not presently agree on the resolution of any issues in the defendants' motion.

Dated: December 23, 2025

KEITH ELLISON
Attorney General
State of Minnesota

s/Angela Behrens
ANGELA BEHRENS, No. 0351076
LINDSEY MIDDLECAMP, No. 0392589
ALLEN COOK BARR, No. 0399094
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 757-1204 (Voice)
(651) 297-1235 (Fax)
angela.behrens@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us
allen.barr@ag.state.mn.us
ATTORNEYS FOR DEFENDANTS

|#6258971