UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                         Civil No. 25-cv-03761 (KMM/EMB)

      Plaintiff,

  vs.                                            **[PROPOSED] ORDER**

Steve Simon in his official capacity as
Secretary of State for the State of
Minnesota, and the State of Minnesota,

      Defendants.


On March 3, 2026, the parties appeared before the Court on the defendants' motion

to dismiss. (ECF No. 63.) Thomas Mellett, James Tucker, and Brittany Bennett appeared

on behalf of Plaintiff United States. Angela Behrens, Lindsey Middlecamp, and Allen Cook

Barr appeared on behalf of Defendants State of Minnesota and Minnesota Secretary of

State Steve Simon. Based on the parties' arguments and the files and proceedings in this

matter, the Court makes the following

### ORDER

1.     The defendants' motion is **GRANTED.**

2.     All claims against the defendants are **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: _____        _____
                                       KATHERINE M. MENENDEZ
                                       Judge of District Court