UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>Defendants. | Case No. 25-cv-3761-KMM-EMB<br><br>UNITED STATES' NOTICE OF MEET AND CONFER FOR MOTION FOR ORDER TO COMPEL PRODUCTION OF FEDERAL ELECTION RECORDS PURSUANT TO 52 U.S.C. § 20701, *et seq*. |

## NOTICE OF MEET AND CONFER STATEMENT

Counsel for United States of America hereby certifies that: Counsel for the United States met and conferred with Counsel for Defendants by videoconference on December 1, 2026, and through separate e-mail communications, concerning the above-referenced Motion. The Parties do not presently agree on the issues addressed in the United States' Motion and accompanying memorandum of law.

        Respectfully submitted,

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division

        */s/ James Thomas Tucker*
        TIMOTHY F. MELLETT (DC Bar No. 430968)

1

JAMES T. TUCKER (DC Bar No. 90010157)
BRITTANY E. BENNETT (GA Bar No. 717377)
Attorneys, Voting Section
Civil Rights Division
950 Pennsylvania Avenue 4CON
Washington, DC 20530
Timothy.F.Mellett@usdoj.gov
James.T.Tucker@usdoj.gov
Brittany.Bennett@usdoj.gov
Tel. (202) 307-2767

Attorneys for the United States

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 23, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

        Respectfully submitted,

        */s/ James Thomas Tucker*
        James Thomas Tucker