# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>*Defendants*. | Case No. 25-cv-03761-KMM-EMB<br><br>**RULE 12(B)(6) MOTION TO DISMISS OF PROPOSED INTERVENORS MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATIONAL FUND AND MISAEL HERNANDEZ** |

## MOTION TO DISMISS

PLEASE TAKE NOTICE that Proposed Intervenors Minnesota Alliance for Retired Americans Educational Fund ("the Alliance") and Misael Hernandez hereby move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing the Complaint for failure to state a claim upon which relief may be granted.

Dated: December 23, 2025

Elisabeth C. Frost (*pro hac vice*)
Uzoma N. Nkwonta (*pro hac vice)*
Robert Golan-Vilella (*pro hac vice*)
Tina Meng Morrison (*pro hac vice*)
Julianna Astarita (*pro hac vice*)
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
efrost@elias.law
unkwonta@elias.law
rgolanvilella@elias.law
tmengmorrison@elias.law
jastarita@elias.law

Respectfully submitted,

/s/ Sybil L. Dunlop
Sybil L. Dunlop, Reg. No. 390186
Katherine M. Swenson, Reg. No. 0389280
Kshithij Shrinath, Reg. No. 0505164
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
sdunlop@greeneespel.com
kswenson@greeneespel.com
kshrinath@greeneespel.com

*Attorneys for Proposed Intervenors*
*Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez*