UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Steve Simon, in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota,<br><br>Defendants. | Case No.: 25-cv-03761-KMM-EMB<br><br>**MOTION TO DISMISS BY PROPOSED INTERVENOR-DEFENDANTS LEAGUE OF WOMEN VOTERS OF MINNESOTA, COMMON CAUSE, JENNIFER COMPEAU AND VALERIE MANSKAU** |

Pursuant to Fed. R. Civ. P. Rule 12(b)(6), proposed[1] Intervenor-Defendants League of Women Voters of Minnesota, Common Cause, Jennifer Compeau and Valerie Manskau, by and through their undersigned counsel of record, respectfully move the Court for an Order dismissing with prejudice Plaintiff United States of America's Complaint in its entirety.

This Motion is based upon all of the records, files, and proceedings herein, as well as the memorandum of law, declaration, exhibit, and argument of counsel to be offered in support of this Motion.

---

[1] While an order regarding the above-referenced proposed Intervenor-Defendants' unopposed motion to intervene has not yet been issued, the Court has allowed the proposed Intervenor-Defendants leave to file this Motion at this time in the interests of promoting efficiency. *See* Dkt. No. 77.

1

| | |
|---|---|
| DATED: December 23, 2025 | STOEL RIVES LLP |
| | |
| Theresa J. Lee* | |
| Sophia Lin Lakin* |  *s/ Andrew J. Pieper* |
| American Civil Liberties Union Foundation | Andrew J. Pieper, Bar No. 0389262 |
| | Heather R. Chang, Bar No. 0403836 |
| 125 Broad Street, 18th Floor | Stoel Rives LLP |
| New York, NY 10004 | 33 South Sixth Street, Suite 4200 |
| (212) 549-2500 | Minneapolis, MN 55402 |
| tlee@aclu.org | (612) 373-8898 |
| slakin@aclu.org | andrew.pieper@stoel.com |
| | heather.chang@stoel.com |
| Patricia J. Yan* | |
| American Civil Liberties Union Foundation | Teresa J. Nelson, Bar No. 0269736 |
| | David P. McKinney, Bar No. 0392361 |
| 915 15th Street NW | American Civil Liberties Union of Minnesota |
| Washington, DC 20005 | |
| (202) 457-0800 | 2828 University Ave SE |
| pyan@aclu.org | Minneapolis, MN 55414 |
| | (651) 645-4097 |
| *Admitted Pro Hac Vice | tnelson@aclu-mn.org |
| | dmckinney@aclu-mn.org |
| | |
| | *Attorneys for Proposed Intervenor-Defendants League of Women Voters Minnesota, Common Cause, Jennifer Compeau, and Valerie Mangskau* |

2