UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Steve Simon, in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota,<br><br>　　　　　　　　Defendants. | Case No.: 25-cv-03761-KMM-EMB<br><br>**NOTICE OF HEARING ON MOTION TO DISMISS BY PROPOSED INTERVENOR-DEFENDANTS LEAGUE OF WOMEN VOTERS OF MINNESOTA, COMMON CAUSE, JENNIFER COMPEAU AND VALERIE MANSKAU** |

**PLEASE TAKE NOTICE** that a hearing on the Motion to Dismiss brought by proposed Intervenors-Defendants League of Women Voters of Minnesota, Common Cause, Jennifer Compeau and Valerie Manskau, in the above-entitled matter will take place on March 3, 2026, at 9:30 a.m., before the Honorable Katherine M. Menendez, Judge for the District of Minnesota, United States District Court, at 300 South Fourth Street, Courtroom 14W, Minneapolis, Minnesota.

| | |
|---|---|
| DATED: December 23, 2025 | STOEL RIVES LLP |
| Theresa J. Lee*<br>Sophia Lin Lakin*<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>tlee@aclu.org<br>slakin@aclu.org<br><br>Patricia J. Yan*<br>American Civil Liberties Union Foundation<br>915 15th Street NW<br>Washington, DC 20005<br>(202) 457-0800<br>pyan@aclu.org<br><br>*Admitted Pro Hac Vice | *s/ Andrew J. Pieper*<br>Andrew J. Pieper, Bar No. 0389262<br>Heather R. Chang, Bar No. 0403836<br>Stoel Rives LLP<br>33 South Sixth Street, Suite 4200<br>Minneapolis, MN 55402<br>(612) 373-8898<br>andrew.pieper@stoel.com<br>heather.chang@stoel.com<br><br>Teresa J. Nelson, Bar No. 0269736<br>David P. McKinney, Bar No. 0392361<br>American Civil Liberties Union of Minnesota<br>2828 University Ave SE<br>Minneapolis, MN 55414<br>(651) 645-4097<br>tnelson@aclu-mn.org<br>dmckinney@aclu-mn.org<br><br>*Attorneys for Proposed Intervenor-Defendants League of Women Voters Minnesota, Common Cause, Jennifer Compeau, and Valerie Mangskau* |