UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>Defendants. | Case No. 25-cv-3761-KMM-EMB<br><br>Notice Supplemental Authority |

## NOTICE

Plaintiff, United States of America, respectfully submits this Notice of an order issued in *United States of America v. Stephanie Thomas*, No. 3:26-cv-00021 (D. Conn., filed Jan. 06, 2026). That case raises identical claims as those in the present litigation, but against the Secretary of State for the State of Connecticut. There, the Court (Dooley, J.) has agreed with the United States that, once the Attorney General has alleged that she has properly demanded production of records and papers under the Civil Rights Act of 1960, and the custodian has refused to comply with that demand, the proper course is for the district court to order the defendant to show cause why the custodian should not be ordered to produce the requested records and papers. *See* 52 U.S.C. § 20703. As the United States has

explained, "[t]here is no place for any other procedural device or maneuver." *Kennedy v. Lynd*, 306 F.2d 222, 226 (5th Cir. 1962).

Accordingly, on January 8, 2026, the *Thomas* court issued an Order to Show Cause why the State of Connecticut "should not be ordered to provide the SVRL to the Attorney General, as well as the other documents demanded by the Attorney General to ascertain Defendant's compliance with federal law, to wit, the NVRA and HAVA." *United States v. Thomas*, *supra*, ECF 10 (D. Conn. Jan. 8, 2026).

A copy of the order is attached to this Notice as Exhibit A.

DATED: January 13, 2026

                                              HARMEET K. DHILLON
                                              Assistant Attorney General
                                              Civil Rights Division

                                              ERIC V. NEFF
                                              Acting Chief, Voting Section
                                              Civil Rights Division

                                              */s/ Brittany E. Bennett*
                                              TIMOTHY F. MELLETT (DC Bar No. 430968)
                                              JAMES THOMAS TUCKER (DC Bar No. 90010157)
                                              BRITTANY E. BENNETT (GA Bar No. 717377)
                                              Attorneys, Voting Section
                                              Civil Rights Division
                                              950 Pennsylvania Avenue 4CON
                                              Washington, DC 20530
                                              Timothy.F.Mellett@usdoj.gov
                                              James.T.Tucker@usdoj.gov
                                              Brittany.Bennett@usdoj.gov
                                              Tel. (202) 307-2767
                                              Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

DATED: January 13, 2026

/s/ *Brittany E. Bennett*
BRITTANY E. BENNETT (GA Bar No. 717377)
Trial Attorney, Voting Section Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov