# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>Defendants. | Court File No.  25-cv-03761-KMM-EMB<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF BIPARTISAN FORMER STATE SECRETARIES OF STATE AS AMICI CURIAE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

Mary Estill Buchanan, former Republican Secretary of State for the State of Colorado; Miles Rapoport, former Democratic Secretary of State for the State of Connecticut; Ben Ysursa, former Republican Secretary of State for the State of Idaho; Joan Anderson Growe, former Democratic Secretary of State for the State of Minnesota; John Gale, former Republican Secretary of State for the State of Nebraska; Phil Keisling, former Democratic Secretary of State for the State of Oregon; Kathy Boockvar, former Democratic Secretary of the Commonwealth of Pennsylvania; Leigh Chapman, former Democratic Secretary of the Commonwealth of Pennsylvania; and Sam Reed, former Republican Secretary of State for the State of Washington (collectively, the "Bipartisan Former State Secretaries of State"), through undersigned counsel, respectfully move for leave of this Court to submit an brief as amici curiae in support of Defendants' motion to dismiss. The motion for leave is based upon the accompanying Memorandum In Support of Motion for Leave to File Brief of Bipartisan Former State Secretaries of State as Amici

Curiae in Support of Defendants' Motion to Dismiss.

Dated:  January 20, 2026  **MASLON LLP**

        By: */s/ Anna Petosky*
           Anna Petosky (#388163)
           Ashley Patyk (#0505315)
        225 South Sixth Street, Suite 2900
        Minneapolis, MN  55402
        (612) 672-8200
        Email:   anna.petosky@maslon.com
                    ashley.patyk@maslon.com

        John B. Hill (*pro hac vice* pending)
        Pennsylvania Bar #328340
        Citizens for Responsibility and Ethics in Washington
        PO Box 14596
        Washington, DC 20004
        (202) 408-5565
        Email:   jhill@citizensforethics.org

        **ATTORNEYS FOR AMICI CURIAE BIPARTISAN FORMER STATE SECRETARIES OF STATE**