# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>　　　　　Defendants. | Court File No.  25-cv-03761-KMM-EMB<br><br>**MEET-AND-CONFER STATEMENT REGARDING MOTION FOR LEAVE TO FILE BRIEF OF BIPARTISAN FORMER STATE SECRETARIES OF STATE AS AMICI CURIAE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

　　　　I, Anna Petosky, on behalf of Mary Estill Buchanan, former Republican Secretary of State for the State of Colorado; Miles Rapoport, former Democratic Secretary of State for the State of Connecticut; Ben Ysursa, former Republican Secretary of State for the State of Idaho; Joan Anderson Growe, former Democratic Secretary of State for the State of Minnesota; John Gale, former Republican Secretary of State for the State of Nebraska; Phil Keisling, former Democratic Secretary of State for the State of Oregon; Kathy Boockvar, former Democratic Secretary of the Commonwealth of Pennsylvania; Leigh Chapman, former Democratic Secretary of the Commonwealth of Pennsylvania; and Sam Reed, former Republican Secretary of State for the State of Washington (collectively, the "Bipartisan Former State Secretaries of State") submit this Meet-and-Confer Statement regarding the Bipartisan Former State Secretaries of State's attempt to obtain concurrence with the parties to this litigation regarding the Bipartisan Former State Secretaries of State's Motion for Leave to File Brief as Amici Curiae in Support of Defendants' Motion

to Dismiss.

    No party objected to this motion. Specifically, the State of Minnesota stated it has no objection; Intervenors Minnesota Alliance for Retired Americans and Misael Hernandez and League of Women Voters Minnesota have consented; and the Department of Justice takes no position.

Dated:  January 20, 2026        **MASLON LLP**

                                      By: */s/Anna Petosky*
                                            Anna Petosky (#388163)
                                            Ashley Patyk (#0505315)
                                    225 South Sixth Street, Suite 2900
                                    Minneapolis, MN  55402
                                    (612) 672-8200
                                    Email:   anna.petosky@maslon.com
                                                   ashley.patyk@maslon.com

                                    John B. Hill (*pro hac vice* pending)
                                    Pennsylvania Bar #328340
                                    Citizens for Responsibility and Ethics in Washington
                                    PO Box 14596
                                    Washington, DC 20004
                                    (202) 408-5565
                                    Email:   jhill@citizensforethics.org

                                  **ATTORNEYS FOR AMICI CURIAE BIPARTISAN FORMER STATE SECRETARIES OF STATE**