# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>Defendants. | Court File No.  25-cv-03761-KMM-EMB<br><br><br>**[PROPOSED] ORDER GRANTING LEAVE TO BIPARTISAN FORMER STATE SECRETARIES OF STATE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

Based upon the files, record and proceedings herein, IT IS HEREBY ORDERED:

1.    That the motion of Mary Estill Buchanan, former Republican Secretary of State for the State of Colorado; Miles Rapoport, former Democratic Secretary of State for the State of Connecticut; Ben Ysursa, former Republican Secretary of State for the State of Idaho; Joan Anderson Growe, former Democratic Secretary of State for the State of Minnesota; John Gale, former Republican Secretary of State for the State of Nebraska; Phil Keisling, former Democratic Secretary of State for the State of Oregon; Kathy Boockvar, former Democratic Secretary of the Commonwealth of Pennsylvania; Leigh Chapman, former Democratic Secretary of the Commonwealth of Pennsylvania; and Sam Reed, former Republican Secretary of State for the State of Washington (collectively, the "Bipartisan Former State Secretaries of State") for leave to file a brief as Amici Curiae in Support Defendants' Motion to Dismiss is hereby GRANTED; and

2

2.      That the Brief of the Bipartisan Former State Secretaries of State as Amici

Curiae in Support of Defendants' Motion to Dismiss is hereby filed with this Court.


_____, 2026

_____
The Honorable Elsa M. Bullard
Magistrate Judge, United States District Court
District of Minnesota