# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>Defendants. | Court File No.  25-cv-03761-KMM-EMB<br><br>**ORDER GRANTING LEAVE TO BIPARTISAN FORMER STATE SECRETARIES OF STATE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

Based upon the files, record and proceedings herein, IT IS HEREBY ORDERED:

1. That the motion of Mary Estill Buchanan, former Republican Secretary of State for the State of Colorado; Miles Rapoport, former Democratic Secretary of State for the State of Connecticut; Ben Ysursa, former Republican Secretary of State for the State of Idaho; Joan Anderson Growe, former Democratic Secretary of State for the State of Minnesota; John Gale, former Republican Secretary of State for the State of Nebraska; Phil Keisling, former Democratic Secretary of State for the State of Oregon; Kathy Boockvar, former Democratic Secretary of the Commonwealth of Pennsylvania; Leigh Chapman, former Democratic Secretary of the Commonwealth of Pennsylvania; and Sam Reed, former Republican Secretary of State for the State of Washington

(collectively, the "Bipartisan Former State Secretaries of State") for leave to file a brief as Amici Curiae in Support Defendants' Motion to Dismiss is hereby GRANTED; and

  2. That the Brief of the Bipartisan Former State Secretaries of State as Amici Curiae in Support of Defendants' Motion to Dismiss (Dkt. No. 99 at 4–35) is hereby accepted as filed with this Court.

Dated: January 21, 2026       *s/Elsa M. Bullard*
                   Elsa M. Bullard
                   United States Magistrate Judge