IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                No. 0:25-cv-03761-KMM-EMB

STEVE SIMON, in his official capacity as the
Secretary of State for Minnesota,

    *Defendant.*

## NOTICE OF WITHDRAWAL AS COUNSEL FOR THE UNITED STATES

Trial Attorney for the United States, David D. Vandenberg, notices the Court of his withdrawal as counsel of record in the above-styled matter. Attorney Vandenberg requests that all pleadings, orders, notices, and other documents in this matter not be directed to him.

Attorney Vandenberg has been assigned to other matters within the Civil Rights Division of the U.S. Department of Justice; Attorneys Bennett, Tucker, and Frederick will continue to represent the United States.

Dated:  January 30, 2026

                                                      Respectfully submitted,

                                                      HARMEET K. DHILLON
                                                     Assistant Attorney General
                                                     Civil Rights Division

                                                     ERIC NEFF
                                                     Acting Chief, Voting Section

                                                     */s/David D. Vandenberg*
                                                     BRITTANY BENNETT
                                                     JAMES T. TUCKER
                                                     MEGAN FREDERICK
                                                     DAVID D. VANDENBERG
                                                     Trial Attorneys
                                                     U.S. Department of Justice
                                                     Civil Rights Division
                                                     150 M Street, NE, 4CON

Washington, D.C.  20002
Brittany.Bennett@usdoj.gov
James.T.Tucker@usdoj.gov
Megan.Frederick@usdoj.gov
David.Vandenberg@usdoj.gov
Tel. (202) 307-2767
*Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 30, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                   */s/ David D. Vandenberg*
                                                   David D. Vandenberg