**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Steve Simon, in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota,

Defendants.

Case No.: 25-cv-03761-KMM-EMB

**SECOND DECLARATION OF ANDREW J. PIEPER IN SUPPORT OF MOTION TO DISMISS BY PROPOSED INTERVENOR-DEFENDANTS LEAGUE OF WOMEN VOTERS OF MINNESOTA, COMMON CAUSE, JENNIFER COMPEAU, AND VALERIE MANGSKAU**

---

I, Andrew J. Pieper, hereby declare as follows:

1. I am an attorney licensed to practice law in the state of Minnesota and am one of the attorneys representing the proposed Intervenor-Defendants League of Women Voters of Minnesota, Common Cause, Jennifer Compeau, and Valerie Mangskau in the above-captioned matter.

2. I submit this second declaration in further support of the Motion to Dismiss by proposed Intervenor-Defendants League of Women Voters Minnesota, Common Cause, Jennifer Compeau, and Valerie Mangskau.

3. Attached hereto as **Exhibit A** is a true and correct copy of an Opinion and Order dated February 5, 2026, in the matter United States of American v. State of Oregon, et. al.; 6:25-cv-01666-MTK.

4. Attached hereto as **Exhibit B** is a true and correct copy of a Protective Order dated June 18, 2025, in the matter Coalition for Open Democracy v. David M. Scanlong; 1:24-cv-00312-SE-TSM.

5. Attached hereto as **Exhibit C** is a true and correct copy of Schedule A, Prefatory Statement and Stipulations in the matter United States of American v. State of Oregon, et. al.; 6:25-cv-01666-MTK.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: February 6, 2026

*s/Andrew J. Pieper*
Andrew J. Pieper