UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 25-cv-03761 (KMM/EMB) |
| Plaintiff, | |
| vs. | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Steve Simon in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota, | |
| Defendants. | |

Defendants Steve Simon and the State of Minnesota provide the Court notice of supplemental authority supporting their pending motion to dismiss. Recently, the Court in *United States v. Benson*, No. 1:25-cv-1148, 2026 WL 362789 (W.D. Mich. Feb. 10, 2026), dismissed the United States's claims seeking Michigan's voter registration list. This update supplements the list of related litigation provided in the defendants' memorandum supporting their motion to dismiss and their reply memorandum. (ECF 65, at 8 n.1; ECF 112, at 2.)

1

| | |
|---|---|
| Dated: <u>February 13, 2026</u> | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>s/**Allen Cook Barr**<br>ANGELA BEHRENS, No. 0351076<br>LINDSEY MIDDLECAMP, No. 0392589<br>ALLEN COOK BARR, No. 0399094<br>Assistant Attorneys General<br>445 Minnesota Street, Suite 600<br>St. Paul, MN 55101-2125<br>(651) 757-1204 (Voice)<br>(651) 297-1235 (Fax)<br>angela.behrens@ag.state.mn.us<br>lindsey.middlecamp@ag.state.mn.us<br>allen.barr@ag.state.mn.us<br><br>ATTORNEYS FOR DEFENDANTS |

|#6297373-v1