**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,

Defendants.

Case No. 25-cv-03761-KMM-EMB

**NOTICE OF APPEARANCE**

The undersigned hereby notifies the Court and counsel that Andrew H. Mohring shall appear as Local Counsel on behalf of Amici Curiae Former Employees of The U.S. Department of Justice in the matter of their Motion for Leave to File Amicus Briefing in this case.

Dated: February 25, 2026

***s/ Andrew H. Mohring***

ANDREW H. MOHRING (#0190731)

Goetz & Eckland P.A.
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413
Phone: (612) 874-1552
Fax: (612) 331-2473
www.goetzeckland.com