UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>              Defendants. | Case No. 25-cv-03761-KMM-EMB<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FORMER EMPLOYEES OF THE U.S. DEPARTMENT OF JUSTICE** |

      Former Employees of the U.S. Department of Justice ("Former Employees") respectfully move for leave to file a brief in this matter as *amici curiae*. The motion for leave is based upon the accompanying Memorandum in Support of Unopposed Motion for Leave to File Brief of Amici Curiae Former Employees of the U.S. Department of Justice.

Dated: February 25, 2026

Jonathan Rosenberg†
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Fl.
New York, NY 10019
(212) 326-2000
jrosenberg@omm.com

Aisha Keown-Lang*
O'MELVENY & MYERS LLP
1625 Eye St. NW
Washington, DC 20006
(202) 383-5231
akeown-lang@omm.com

Respectfully submitted,

/S Andrew H. Mohring

Andrew H. Mohring
GOETZ & ECKLAND
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413
Phone: (612) 874-1552
Fax: (612) 331-2473
amohring@igc.org

*Attorneys for* Amici Curiae *Former Employees of the U.S. Department of Justice*

*\*pro hac vice motion forthcoming*
*†contributed to the brief but not appearing*