UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>        Defendants. | Case No. 25-cv-03761-KMM-EMB<br><br>**DECLARATION OF ANDREW MOHRING IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF OF FORMER EMPLOYEES OF THE U.S. DEPARTMENT OF JUSTICE TO FILE BRIEF AS AMICI CURIAE** |

I, Andrew Mohring, declare under penalty of perjury, that:

1. I am an attorney with Goetz & Eckland which represents *Amici* Former Employees of the U.S. Department of Justice ("Former Employees"). I make this Declaration in Support of the Motion of Former Employees for leave to file a brief as amici curiae.

2. Attached as **Exhibit A** is a true and correct copy of the Brief of Former Employees that we request be filed in the above matter.

3. Attached as **Exhibit B** is a true and correct copy of the Compliance Certificate for the Brief of Former Employees that we request be filed in the above matter.

*/s Andrew H. Mohring*
Andrew Mohring
