# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>　　　　　　Defendants. | Case No. 25-cv-03761-KMM-EMB<br><br>**MEET-AND-CONFER STATEMENT REGARDING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FORMER EMPLOYEES OF THE U.S. DEPARTMENT OF JUSTICE** |

　　I, Andrew Mohring, on behalf of Former Employees of the U.S. Department of Justice ("Former Employees") submit this Meet-and-Confer Statement regarding the Former Employees' attempt to obtain concurrence with the parties to this litigation regarding Former Employees' Motion for Leave to File Brief as Amici Curiae.

　　No party objected to this motion. Specifically, the State of Minnesota stated it has no objection; Intervenors League of Women Voters Minnesota, Common Cause, Jennifer Compeau, and Valerie Mangskau, and Intervenors Minnesota Alliance for Retired American Educational Fund and Misael Hernandez, have consented; and the Department of Justice takes no position.

Dated: February 25, 2026

Jonathan Rosenberg†
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Fl.

Respectfully submitted,

*/s Andrew H. Mohring*

Andrew H. Mohring

| | |
|---|---|
| New York, NY 10019<br>(212) 326-2000<br>jrosenberg@omm.com<br><br>Aisha Keown-Lang\*<br>O'MELVENY & MYERS LLP<br>1625 Eye St. NW<br>Washington, DC 20006<br>(202) 383-5231<br>akeown-lang@omm.com<br><br>\**pro hac vice motion forthcoming*<br>†*contributed to the brief but not appearing* | GOETZ & ECKLAND<br>615 1st Avenue NE, Suite 425<br>Minneapolis, MN 55413<br>Phone: (612) 874-1552<br>Fax: (612) 331-2473<br>amohring@igc.org<br><br>*Attorneys for* Amici Curiae *Former Employees of the U.S. Department of Justice* |