UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>Defendants. | Case No. 25-cv-3761-KMM-EMB<br><br>Notice of Withdrawal |

## **NOTICE**

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney, Megan Frederick, currently listed as counsel of record for the United States, hereby requests this Court grant withdrawal from - Case 25-cv-3761-KMM-EMB only - for the following reason(s): MEGAN FREDERICK has been reassigned to the Criminal Section at Department of Justice Civil Rights Division.

1

DATED: February 26, 2026   Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

*/s/ Megan Frederick*
TIMOTHY F. MELLETT (DC Bar No. 430968)
JAMES THOMAS TUCKER (DC Bar No. 90010157)
BRITTANY E. BENNETT (GA Bar No. 717377)
MEGAN FREDERICK (VA Bar No. 79682)
Attorneys, Voting Section
Civil Rights Division
950 Pennsylvania Avenue 4CON
Washington, DC 20530
Timothy.F.Mellett@usdoj.gov
James.T.Tucker@usdoj.gov
Brittany.Bennett@usdoj.gov
Tel. (202) 307-2767
Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

DATED: February 26, 2026

                                     /s/ *Megan Frederick*
                                     MEGAN FREDERICK (VA Bar No. 79682)
                                     U.S. Department of Justice
                                     4 Constitution Square
                                     150 M Street NE, Room 8.141
                                     Washington, D.C. 20002
                                     Telephone: (202) 704-5430
                                     Email: brittany.bennett@usdoj.gov