UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 25-cv-03761 (KMM/EMB) |
| Plaintiff, | |
| vs. | |
| Steve Simon in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota, | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Defendants. | |

To support their motion to dismiss, Defendants Steve Simon and the State of Minnesota previously provided information on related lawsuits by the United States. (ECF 65 at 8 n.1; ECF 112 at 2.) Based on new information, the defendants submit the following supplemental information: On February 26, 2026, the United States sued five more states (Kentucky, New Jersey, Oklahoma, Utah, and West Virginia) over their refusal to provide voter data to the U.S. Department of Justice:

- *United States v. Adams*, No. 3:26-cv-19 (E.D. Ky. Feb. 26, 2026);
- *United States v. Caldwell*, No. 3:26-cv-2025 (D.N.J. Feb. 26, 2026);
- *United States v. Ziriax*, No. 5:26-cv-361 (W.D. Okla. filed Feb. 26, 2026);
- *United States v. Henderson*, No. 2:26-cv-166 (D. Utah filed Feb. 26, 2026); and
- *United States v. Warner*, No. 2:26-cv-156 (S.D. W.Va. filed Feb. 26, 2026).

This brings the total number of lawsuits (including the case against Minnesota) to 30.

Additionally, on February 25, the United States filed notices of appeal for the three adverse rulings from California (*Weber*), Michigan (*Benson*), and Oregon (*Oregon*). The appeals have not yet been docketed by the Sixth and Ninth Circuits.

Dated: February 27, 2026

KEITH ELLISON
Attorney General
State of Minnesota

s/**Angela Behrens**
ANGELA BEHRENS, No. 0351076
LINDSEY MIDDLECAMP, No. 0392589
ALLEN COOK BARR, No. 0399094
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 757-1204 (Voice)
(651) 297-1235 (Fax)
angela.behrens@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us
allen.barr@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

|#6307113