UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE SIMON in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>Defendants. | Case No. 0:25-CV-03761-KMM-EMB<br><br>UNITED STATES' OPPOSITION TO MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE FORMER EMPLOYEES OF THE U.S. DEPARTMENT OF JUSTICE (DOC. 119) |

The United States opposes Amici Former Employees of the U.S. Department of Justice ("Movants") Motion For Leave to File Brief in this Matter (Doc. 119). The Motion is untimely and is prejudicial to the United States because it has been filed after all briefing on the pending motions has been completed and comes more than two months after Movants' counsel filed the same brief in other cases. Therefore, for the reasons explained below, the Motion should be denied.

### MEMORANDUM OF LAW

#### I. BACKGROUND

Amici Curiae seek leave to submit their arguments, after all pending motions have been fully briefed and oral argument is mere days away. Compounding those facial

1

infirmities, Movants' unreasonable delay is inexcusable. Movants filed the same brief in litigation in other districts, including in California and Wisconsin, over two months ago. They seek to file their brief in this case after all issues in the pending motions have been fully developed. Such a thirteenth-hour filing is prejudicial to the United States because it forecloses any opportunity for the United States to determine what, if any, response to provide to it.

The United States filed this summary action on September 25, 2025, to obtain federal election records under Title III of the Civil Rights Act of 1960 ("CRA"), 52 U.S.C. §§ 20701-20706. The CRA requires officers of election to retain and preserve records related to voter registration and other acts requisite to voting for any federal office for a period of twenty-two months after any federal election. 52 U.S.C. § 20701. Upon a written demand by the Attorney General to an officer of election describing the federal election records and stating the basis and purpose for the demand, that officer of election must produce the records. 52 U.S.C. § 20703. If they fail to do so, the Attorney General may bring an action to compel in the federal district court where the demand was made or the records are located. 52 U.S.C. § 20705.

In late December, Movants filed the same proposed amicus brief they seek to file here in other CRA cases. *See*, *e.g.*, Br. of Amici Curiae Former Employees of the U.S. Dep't of J. in *United States v. Wisc. Elections Comm'n*, Case No. 3:25-cv-01036 (W.D. Wis. filed Dec. 18, 2025), Doc. 61-1; *United States v. Weber*, No. 2:25-cv-09149-DOC-ADS (C.D. Cal. Filed Dec. 21, 2025), Doc. 121. Movants were represented by the same law firm that represents them in this case. *Cf. id. with* Doc. 109.

On December 23, 2025, Defendants and Intervenor-Defendants filed their respective Motions to Dismiss, noticing the hearing on the Motion for March 3, 2026. *See* Docs. 63-64, 78-79, 83-84. That same day, the United States filed its Motion to Compel under the CRA, noticing the hearing on the Motion for March 3, 2026. *See* Docs. 70 & 71. On January 21, 2026, Defendants, Intervenor-Defendants, and the United States filed their opposition briefs. *See* Docs. 102, 103, 105-106. Briefing was completed when Defendants and Intervenor-Defendants filed reply briefs on February 6, 2026. *See* Docs. 112, 114-15

On February 26, 2026, twenty days after briefing was completed and less than one week before oral arguments are scheduled, Movants filed their Motion for leave to file an amicus brief in this matter. Their filing comes over two months after they filed that same amicus brief in other CRA cases in which they are represented by the same law firm. The United States respectfully submits that the Court should deny the untimely motion, which raises duplicative arguments made by Defendants and Intervenor-Defendants.

## II.   THE MOTION IS UNTIMELY AND THE DELAY IS INEXCUSABLE

Movants bring this Motion at a date past all reasonable deadlines in this litigation, months after they filed the same brief and nearly three weeks after all briefing was completed. In exercising discretion on a motion to intervene, the Court is guided by factors including timeliness and usefulness. *See Minn. Voters Alliance v. Ellison*, 749 F. Supp. 3d 983, 986 n.1 (D. Minn. 2024), *appeal filed* (8th Cir. 24-3094). This action was filed on September 25, 2025, oral arguments on all pending motions were set in late December for March 3, 2026, and briefing was completed on February 6, 2026.

Movants were plainly on notice of this litigation the day that it was filed. *See* Dep't of J. press release, available at [https://www.justice.gov/opa/pr/justice-department-sues-six-states-failure-provide-voter-registration-rolls](https://www.justice.gov/opa/pr/justice-department-sues-six-states-failure-provide-voter-registration-rolls) (Sept. 25, 2025). As described above, Movants filed the same brief in other CRA cases months ago. One of those cases, *United States v. Weber*, was identified in the same press release for this action. *See id.* Movants' untimely Motion is inexcusable under these facts. Their Motion should be denied.

### III.  CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court deny Movants' Motion for leave to file brief of Amici Curiae (Doc. 119).

Dated: February 27, 2026

Respectfully submitted,

HARMEET DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ Brittany E. Bennett

JAMES TUCKER
BRITTANY E. BENNETT
Trial Attorneys, Voting Section
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
E-mail: James.T.Tucker@usdoj.gov
E-mail: Brittany.Bennett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026 a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                                                */s/ Brittany E. Bennett*

                                                                                JAMES TUCKER
                                                                                BRITTANY E. BENNETT
                                                                                Trial Attorneys, Voting Section
                                                                                Civil Rights Division
                                                                                U.S. Department of Justice