IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota; and the STATE OF MINNESOTA,<br><br>    *Defendants*. | Case No. 0:25-CV-03761-KMM-EMB |

**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") AND CYNTHIA WILSON'S MOTION TO INTERVENE AS DEFENDANTS**

Pursuant to Federal Rules of Civil Procedure 24(a) and (b), National Association for the Advancement of Colored People ("NAACP") and Cynthia Wilson (collectively, "Proposed Intervenors"), by and through their undersigned counsel of record, file this Motion to Intervene as defendants in the above-referenced matter to defend their significant interests that stand to be impaired by this litigation.

The basis for this motion is fully set forth in Proposed Intervenors accompanying declarations[1] and memorandum in support. As required by Federal Rule of Civil Procedure 24(c), Proposed Intervenors accompany their Motion to Intervene with a proposed joinder in the Motion to Dismiss filed by Defendants Steve Simon, in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota (ECF No. 63).

---

[1] Original signatures on file.

1

Proposed Intervenors do not file a separate motion to dismiss so as not to delay the Court's March 3 hearing.

WHEREFORE, Proposed Intervenors respectfully request that the Court grant their intervention in the above-captioned matter.

Dated: February 27, 2026

Respectfully submitted,

By: /s/ Amy Erickson

LATHROP GPM LLP
Amy Erickson (MN Bar #0399214)
Pierce Rose (MN Bar #0506799)
80 South 8th Street
3100 IDS Center
Minneapolis, MN 55402
Tel: 612-632-3000
amy.erickson@lathropgpm.com
pierce.rose@lathropgpm.com

And

Leah Frazier*
Robert N. Weiner*
Gillian Cassell-Stiga*
Catherine Meza*
Samantha Heyward*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: 202-662-8600
lfrazier@lawyerscommittee.org
rweiner@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org
cmeza@lawyerscommittee.org
sheyward@lawyerscommittee.org

Reema Shah*
Anton Metlitsky*
Andrew Frackman*
O'MELVENY & MEYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10018
Tel: (212) 326-2000
rshah@omm.com
ametlitsky@omm.com
afrackman@omm.com

Noah B. Bokat-Lindell*
Gabrielle Jackson*
O' MELVENY & MEYERS LLP
1625 Eye Street NW, 10th Floor
Washington, DC 20006
Tel: (202) 383-5300
nbokat-lindell@omm.com
gjackson@omm.com

*Pro hac vice application forthcoming

*Attorneys for Proposed Intervenors*