IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota; and the STATE OF MINNESOTA,<br><br>    *Defendants*. | Case No. 0:25-CV-03761-KMM-EMB |

### THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") AND CYNTHIA WILSON'S NOTICE OF HEARING ON MOTION TO INTERVENE AS DEFENDANTS

PLEASE TAKE NOTICE that the Court will hear Proposed Intervenors' motion to intervene on April 6, 2026, at 1:00 p.m., in Courtroom 3C at the United States District Court, 316 N. Robert Street, St. Paul, MN 55101.

Dated: February 27, 2026

Respectfully submitted,

By:   */s/ Amy Erickson*

LATHROP GPM LLP
Amy Erickson (MN Bar #0399214)
Pierce Rose (MN Bar #0506799) 33
3100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-632-3000
amy.erickson@lathropgpm.com
pierce.rose@lathropgpm.com

1

Leah Frazier*
Robert N. Weiner*
Gillian Cassell-Stiga*
Catherine Meza*
Samantha Heyward*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: 202-662-8600
lfrazier@lawyerscommittee.org
rweiner@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org
cmeza@lawyerscommittee.org
sheyward@lawyerscommittee.org

Reema Shah*
Anton Metlitsky*
Andrew Frackman*
O'MELVENY & MEYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10018
Tel: (212) 326-2000
rshah@omm.com
ametlitsky@omm.com
afrackman@omm.com

Noah B. Bokat-Lindell*
Gabrielle Jackson*
O' MELVENY & MEYERS LLP
1625 Eye Street NW, 10th Floor
Washington, DC 20006
Tel: (202) 383-5300
nbokat-lindell@omm.com
gjackson@omm.com

*Pro hac vice application forthcoming

Attorneys for Proposed Intervenors