**Keown-Lang, Aisha**

| | |
|---|---|
| **From:** | Bennett, Brittany (CRT) <Brittany.Bennett@usdoj.gov> |
| **Sent:** | Friday, February 20, 2026 1:28 PM |
| **To:** | Keown-Lang, Aisha; Tucker, James T. (CRT); Frederick, Megan (CRT) |
| **Subject:** | RE: Amicus Brief in United States v. Simon, 0:25-cv-03761 (D. Minn.) |

Good afternoon,

The United States takes no position.

Thank you.

**Brittany E. Bennett**
Trial Attorney
Civil Rights Division, Voting Section
U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002
(202) 704-5430
brittany.bennett@usdoj.gov



**From:** Keown-Lang, Aisha <akeown-lang@omm.com>
**Sent:** Thursday, February 19, 2026 5:49 PM
**To:** Tucker, James T. (CRT) <James.T.Tucker@usdoj.gov>; Bennett, Brittany (CRT) <Brittany.Bennett@usdoj.gov>; Frederick, Megan (CRT) <Megan.Frederick@usdoj.gov>
**Subject:** [EXTERNAL] Amicus Brief in United States v. Simon, 0:25-cv-03761 (D. Minn.)

Counsel,

I represent a group of Former Employees of the U.S. Department of Justice that has filed amicus briefs in several of the voter roll request cases. We intend to file a motion for leave to file an amicus brief in support of Defendants in *United States v. Simon*, 25-cv-03761 (D. Minn.). Please let me know the United States' position on our motion.

Thank you,
Aisha Keown-Lang

## O'Melveny

**Aisha Keown-Lang**
akeown-lang@omm.com
O: +1-202-383-5231

O'Melveny & Myers LLP
1625 Eye Street, NW

1

Washington, DC  20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*