

Lathrop GPM LLP
lathropgpm.com

80 South 8th St.
3100 IDS Center
Minneapolis, MN  55402
Main: 612.632.3000

**Amy Erickson**
Partner
amy.erickson@lathropgpm.com
612.632.3470

March 11, 2026

**BY E-MAIL**

Honorable Kate M. Menendez
United States District Court
300 South Fourth Street
Minneapolis, MN  55415

**Re:** **U.S. v. Steve Simon, in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota, Case No. 25-cv-03761-KMM-EMB**

Dear Judge Menendez:

The National Association for the Advancement of Colored People ("NAACP") and Cynthia Wilson (collectively, "Proposed Intervenors") respectfully submit this letter to request permission of the Court, pursuant to the Local Rule 7.1(b)(3), to file a reply memorandum in support of their Motion to Intervene as Defendants (Dkt. No. 132).

On February 27, 2026, Proposed Intervenors filed their Motion to Intervene, supported by a Memorandum of Law (Dkt. No. 134), accompanying declarations (Dkt. Nos. 134-3, 134-4), and a proposed joinder (Dkt. No. 134-5). On March 6, 2026, Plaintiff United States of America filed a 17-page Opposition to the Motion to Intervene (Dkt. 164), raising several arguments that warrant a brief reply. In particular, the Opposition raises certain material arguments not addressed in Proposed Intervenors' opening brief and errs in discussing the timing of Proposed Intervenors' Motion. A short reply would materially assist the Court in resolving the Motion.

Proposed Intervenors respectfully request that the Court grant leave to file a reply memorandum of no more than 5 pages in support of their Motion to Intervene. A prompt ruling on this request would be appreciated, as the Motion to Intervene remains pending before the Court.

Respectfully submitted,

By: */s/Amy Erickson*

March 11, 2026
Page 2

LATHROP GPM LLP
Amy Erickson (MN Bar #0399214)
Pierce Rose (MN Bar #0506799)
3100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-632-3000
amy.erickson@lathropgpm.com
pierce.rose@lathropgpm.com

Leah Frazier*
Robert N. Weiner*
Julie M. Houk*
Gillian Cassell-Stiga*
Grace Thomas*
Samantha Heyward*
Catherine Meza*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: 202-662-8600
lfrazier@lawyerscommittee.org
rweiner@lawyerscommittee.org
jhouk@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org
gthomas@lawyerscommittee.org
sheyward@lawyerscommittee.org
cmeza@lawyerscommittee.org

Reema Shah*
Anton Metlitsky*
Andrew Frackman*
Gabrielle Jackson*
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10018
Tel: (212) 326-2000
rshah@omm.com
ametlitsky@omm.com
afrackman@omm.com

March 11, 2026
Page 3

                                      Noah B. Bokat-Lindell*
                                      Gabrielle S. Jackson*
                                      O'MELVENY & MYERS LLP
                                      1625 Eye Street NW, 10th Floor
                                      Washington, DC 20006
                                      Tel: (202) 383-5300
                                      nbokat-lindell@omm.com

                                      *Pro hac vice*

                                      *Attorneys for Proposed Intervenors*

CC:    All counsel of record