UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>Defendants. | Case No. 25-cv-3761-KMM-EMB |

**PLAINTIFF UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY**

The United States of America submits this Notice of Supplemental Authority regarding a question the Court asked during oral arguments on March 3, 2026. *See* Tr. of Proceedings on Mar. 3, 2026. Specifically, the Court asked for "[a]ny update you want to provide to opposing counsel's sort of rundown of what other cases are percolating with similar issues…" *Id.* at 32:20-22. Counsel for the United States responded that one state that had been sued under the Civil Rights Act had informed the United States it was "going to negotiate a settlement with the United States and provide the requested statewide voter registration list." *Id.* at 33:1-6. Counsel stated that the United States would identify the state when the case was settled. *Id.* at 6-11. That has now occurred.

On March 24, 2026, the United States filed a Notice of Voluntary Dismissal in *United States v. Paul Ziriax*, No. 5:26-cv-00361-G (W.D. Okla. Mar. 24, 2026), Dkt. 24, a true and accurate copy of which is attached to this Notice. The United States filed the notice

1

of dismissal after Paul Ziriax, the Secretary of State for the State of Oklahoma, signed a written settlement agreement to settle the United States' claim under Title III of the Civil Rights Act. Secretary Ziriax agreed to provide to the Attorney General within five business days an electronic copy of Oklahoma's statewide voter registration list ("SVRL"), including each registrant's full name, date of birth, residential address, and the full state driver's license number, or if not available, the last four digits of the social security number, or if neither one is available, the state-assigned HAVA unique identifier. Under the terms of the settlement agreement, the United States will use the SVRL to assess Oklahoma's compliance with the National Voter Registration Act, the Help America Vote Act, or for other purposes provided for under 28 C.F.R. §§ 0.50-0.51. The United States will comply with all laws, including but not limited to the Privacy Act, in its handling and protection of Oklahoma's SVRL.

DATED: March 30, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division


/s/ *Brittany E. Bennett*
JAMES THOMAS TUCKER
BRITTANY E. BENNETT
Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
james.t.tucker@usdoj.gov
brittany.bennett@usdoj.gov
Tel. (202) 307-2767

Attorneys for the United States

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026 a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Brittany E. Bennett*

BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice

4

## CERTIFICATE OF COMPLIANCE

I hereby certify that the United States' foregoing Memorandum complies with Local Rule 7.1(f) and (h).  The Memorandum word count total of 561 words as determined by Microsoft Word "Word Count" and is formatted in 13-point Times New Roman font.

/s/ Brittany E. Bennett

BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice