## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.

STEVE SIMON, in his official capacity as
Secretary of State for the State of
Minnesota, and the STATE OF
MINNESOTA,

    *Defendants*.

Case No. 25-cv-3761 (KMM/EMB)

### NOTICE TO SUPPLEMENT THE RECORD

Defendants Steve Simon and the State of Minnesota, Intervenor-Defendants
Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez, and
Intervenor-Defendants League of Women Voters Minnesota, Common Cause, Jennifer
Compeau, and Valerie Mangskau, respectfully provide this notice to inform the Court of
two recent developments that bear directly on the representations made by the U.S.
Department of Justice ("DOJ") at the March 3 motions hearing.

First, during the hearing the Court asked several times whether the information
contained in voter files being sought in Minnesota and elsewhere would be used for
immigration enforcement. *See* Mar. 3, 2026 Hr'g Tr. at 47:21–23; 48:1–3; 49:1–4, ECF
No. 161. DOJ's counsel assured the Court that, "to [his] knowledge," it would not. *Id.* at
49:5; *see also id.* at 47:24–25; 48:16–19. But at a March 26 hearing in DOJ's lawsuit
seeking Rhode Island's voter list, when asked whether DOJ could take the voter list and

1

send it to the U.S. Department of Homeland Security ("DHS") to check if any of the people on it were not citizens, DOJ's counsel confirmed that DOJ will in fact provide the list to DHS. Mar. 26, 2026 Hr'g Tr. at 65:1–6, *United States v. Amore*, No. 25-cv-639 (D.R.I.), ECF No. 47. Public reporting has also emerged indicating that DOJ and DHS "are close to finalizing an agreement that will allow the federal government to use sensitive voter registration data for immigration and criminal investigations."[1] The reporting confirmed that DOJ "will share voter roll data that its Civil Rights Division is collecting from states with Immigration and Customs Enforcement Homeland Security Investigations as part of an effort to determine whether non-citizens are unlawfully registered or have cast ballots in prior elections."

Second, at the March 3 hearing and in its briefing, DOJ repeatedly denied that it intends to create a "national database" or a national voter list. Mar. 3, 2026 Hr'g Tr. at 49:9–12; DOJ Mem. Opp'n Mot. Dismiss at 22, ECF No. 102. On March 31, 2026, however, President Trump issued an Executive Order titled "Ensuring Citizenship Verification and Integrity in Federal Elections."[2] The Executive Order directs the Secretary of Homeland Security to compile what it calls "State Citizenship Lists" of "confirmed" U.S. citizens who are eligible voters in each state. It further directs the U.S. Postal Service

---

[1] Sarah N. Lynch, *Justice Dept. close to finalizing deal to hand over states' voter roll data to Homeland Security, sources say*, CBS News (Mar. 26, 2026), https://www.cbsnews.com/news/justice-dept-finalizing-deal-voter-roll-data-homeland-security/ (filed herewith as Exhibit A to the Declaration of Katherine M. Swenson).

[2] Available at https://www.whitehouse.gov/presidential-actions/2026/03/ensuring-citizenship-verification-and-integrity-in-federal-elections/ (filed herewith as Exhibit B to the Swenson Declaration).

not to transmit mail ballots from any person who is not on a state-specific list to be developed. These provisions—which purport to require the creation of lists of supposedly eligible voters in every state—cast serious doubt on DOJ's representations that it does not intend to create a national database or a national voter list.

Dated: April 7, 2026                    Respectfully submitted,

**For Intervenor-Defendants Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez:**

ELIAS LAW GROUP                          GREENE ESPEL PLLP

UZOMA N. NKWONTA*                        **s/ Katherine M. Swenson**
ROBERT GOLAN-VILELLA*                    SYBIL L. DUNLOP, No. 390186
TINA MENG MORRISON*                      KATHERINE M. SWENSON, No.
JULIANNA D. ASTARITA*                    0389280
250 Massachusetts Ave NW, Suite 400     KSHITHIJ SHRINATH, No. 0505164
Washington, DC 20001                     222 S. Ninth Street, Suite 2200
(202) 968-4490                           Minneapolis, MN 55402
unkwonta@elias.law                       Telephone: (612) 373-0830
rgolanvilella@elias.law                  sdunlop@greeneespel.com
tmengmorrison@elias.law                  kswenson@greeneespel.com
jastarita@elias.law                      kshrinath@greeneespel.com

*Admitted Pro Hac Vice*

3

**For Defendants Steve Simon and State of Minnesota:**

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Angela Behrens**
ANGELA BEHRENS, No. 0351076
LINDSEY MIDDLECAMP, No. 0392589
ALLEN COOK BARR, No. 0399094
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 757-1204 (Voice)
(651) 297-1235 (Fax)
angela.behrens@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us
allen.barr@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

**For Intervenor-Defendants League of Women Voters Minnesota, Common Cause, Jennifer Compeau, and Valerie Mangskau:**

STOEL RIVES LLP

ANDREW J. PIEPER, No. 0389262
HEATHER R. CHANG, No. 0403836
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
(612) 373-8898
andrew.pieper@stoel.com
heather.chang@stoel.com

AMERICAN CIVIL LIBERTIES UNION
OF MINNESOTA

**s/ David McKinney**
TERESA J. NELSON, No. 0269736
DAVID P. MCKINNEY, No. 0392361
2828 University Ave SE
Minneapolis, MN 55414
(651) 645-4097
tnelson@aclu-mn.org
dmckinney@aclu-mn.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

THERESA J. LEE*
SOPHIA LIN LAKIN*
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
slakin@aclu.org

PATRICIA J. YAN*
915 15th Street NW
Washington, DC 20005
(202) 457-0800
pyan@aclu.org

*Admitted Pro Hac Vice*

5