**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-cv-3761 (KMM/EMB) |
| *Plaintiff,* | |
| v. | **DECLARATION OF KATHERINE M. SWENSON IN SUPPORT OF DEFENDANTS' JOINT NOTICE TO SUPPLEMENT THE RECORD** |
| STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA, | |
| *Defendants.* | |

I, Katherine M. Swenson, hereby declare as follows:

1.    I am a partner of the Greene Espel PLLP law firm, which represents Intervenor-Defendants Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez in this matter. I submit this declaration in support of defendants' joint notice to supplement the record.

2.    Attached to this declaration are true and correct copies of the following:

| Exhibit | Description |
|---|---|
| A | Sarah N. Lynch, *Justice Dept. close to finalizing deal to hand over states' voter roll data to Homeland Security, sources say*, CBS News (Mar. 26, 2026), https://www.cbsnews.com/news/justice-dept-finalizing-deal-voter-roll-data-homeland-security/ |
| B | Executive Order Ensuring Citizenship Verification and Integrity in Federal Elections (Mar. 31, 2026), *available at* https://www.whitehouse.gov/presidential-actions/2026/03/ensuring-citizenship-verification-and-integrity-in-federal-elections/ |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that everything I have stated in this document is true and correct. This declaration was executed this 7th day of April, 2026, in Hennepin County, Minnesota.

/s/ Katherine M. Swenson
Katherine M. Swenson

2