**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

     *Plaintiff*,

     v.

STEVE SIMON, in his official capacity as
Secretary of State for the State of
Minnesota, and the STATE OF
MINNESOTA,

     *Defendants*.

Case No. 25-cv-3761 (KMM/EMB)

**INTERVENORS THE MINNESOTA ALLIANCE FOR RETIRED AMERICANS
EDUCATIONAL FUND AND MISAEL HERNANDEZ'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenors the Minnesota Alliance for Retired Americans Educational Fund and

Misael Hernandez respectfully provide notice of supplemental authority supporting their

pending Motion to Dismiss. *See* ECF Nos. 78, 80. Today, in DOJ's parallel suit seeking

Massachusetts's unredacted voter list, the district court dismissed DOJ's complaint on

the ground that DOJ failed to state any basis for its demand as required by Title III of the

CRA. *See* Order, *United States v. Galvin*, No. 1:25-cv-13816-LTS (D. Mass. Apr. 9,

2026), ECF No. 92 (filed herewith as Exhibit A).

Accordingly, four courts have now dismissed DOJ's complaints in these matters,

and not one has found DOJ to have stated a valid claim. *See United States v. Webe*r,

No. 2:25-cv-09149-DOC-ADS, 2026 WL 118807 (C.D. Cal. Jan. 15, 2026), *appeal*

*docketed*, No. 26-1232 (9th Cir. Mar. 3, 2026); *United States v. Oregon,* No. 6:25-

cv01666-MTK, 2026 WL 318402 (D. Or. Feb. 5, 2026), *appeal docketed*, No. 26-1231 (9th Cir. Mar. 3, 2026); *United States v. Benson*, No. 1:25-cv-01148, 2026 WL 362789 (W.D. Mich. Feb. 10, 2026), *appeal docketed*, No. 26-1225 (6th Cir. Feb. 27, 2026). The Massachusetts decision supports Intervenors' argument that DOJ's failure to state any factual basis for its demand for Minnesota's voter list requires its CRA claim to be dismissed. *See* ECF No. 80 at 12–14.

Dated: April 9, 2026

ELIAS LAW GROUP

UZOMA N. NKWONTA*
ROBERT GOLAN-VILELLA*
TINA MENG MORRISON*
JULIANNA D. ASTARITA*
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
unkwonta@elias.law
rgolanvilella@elias.law
tmengmorrison@elias.law
jastarita@elias.law

GREENE ESPEL PLLP

**s/ Katherine M. Swenson**
SYBIL L. DUNLOP, No. 390186
KATHERINE M. SWENSON, No. 0389280
KSHITHIJ SHRINATH, No. 0505164
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
sdunlop@greeneespel.com
kswenson@greeneespel.com
kshrinath@greeneespel.com

*Counsel for Intervenors Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez*

2