## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.

STEVE SIMON, in his official capacity as
Secretary of State for the State of
Minnesota, and the STATE OF
MINNESOTA,

    *Defendants*.

Case No. 25-cv-3761 (KMM/EMB)

## INTERVENORS MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATIONAL FUND AND MISAEL HERNANDEZ'S THIRD NOTICE OF SUPPLEMENTAL AUTHORITY

Intervenors Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez respectfully provide notice of supplemental authority supporting their pending Motion to Dismiss. *See* ECF Nos. 78, 80. Today, in DOJ's parallel suit seeking Rhode Island's unredacted voter list, the district court dismissed DOJ's complaint on the ground that it failed to state a sufficient basis or purpose for its demand as required by Title III of the Civil Rights Act of 1960. *See* Order, *United States v. Amore*, No. 1:25-cv-00639-MSM-PAS (D.R.I. Apr. 17, 2026), ECF No. 51 (filed herewith as Exhibit A).

The court held that Title III requires DOJ to state the factual basis for its demand, *id.* at 11, and rejected DOJ's argument that it could satisfy Title III by offering merely a "legal basis" because such an interpretation would render Title III "redundant and circular," *id.* at 12.

1

Likewise, the court concluded that the "purpose" of a Title III demand must relate to "investigating violations of individuals' voting rights," and that DOJ's stated purpose "does not plausibly relate to individual voting rights." *Id.* at 13–14. The court also denied DOJ's request for leave to send a "curing elaboration letter" to assert a factual basis, finding that because DOJ's purpose fell outside of Title III's intended scope, even a curing letter "would remain legally insufficient to support a Title III records demand." *Id*. at 14.

This decision supports Intervenors' argument that DOJ's failure to state any basis or purpose for its demand for Minnesota's voter list requires its CRA claim to be dismissed. *See* ECF No. 80 at 12–14.

Dated: April 17, 2026

ELIAS LAW GROUP LLP

UZOMA N. NKWONTA*
ROBERT GOLAN-VILELLA*
TINA MENG MORRISON*
JULIANNA D. ASTARITA*
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
unkwonta@elias.law
rgolanvilella@elias.law
tmengmorrison@elias.law
jastarita@elias.law

GREENE ESPEL PLLP

/s/ *Kshithij Shrinath*
SYBIL L. DUNLOP, NO. 0390186
KATHERINE M. SWENSON, NO. 0389280
KSHITHIJ SHRINATH, No. 0505164
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
sdunlop@greeneespel.com
kswenson@greeneespel.com
kshrinath@greeneespel.com

*Attorneys for Intervenors*
*Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez*

2