UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,<br><br>Defendants. | Case No. 25-cv-3761-KMM-EMB |

**NOTICE OF ERRATA**

The United States of America submits this Notice of Errata replacing its "Exhibit 1" filed with the United States' Notice of Additional Basis filed on April 17, 2026, Doc. 178, with the "Exhibit 1" attached herein.

DATED: April 17, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

1

/s/ *Brittany E. Bennett*
JAMES THOMAS TUCKER
BRITTANY E. BENNETT
Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
james.t.tucker@usdoj.gov
brittany.bennett@usdoj.gov
Tel. (202) 307-2767

Attorneys for the United States

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 17, 2026 a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Brittany E. Bennett*

BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice

3