

**U.S. Department of Justice**

Civil Rights Division

---

*Office of the Assistant Attorney General*                    *Washington, D.C. 20530*

April 17, 2026

Via Electronic Mail

The Honorable Steve Simon
Secretary of State
Veterans Service Building
20 W. 12th Street, Ste. 210
St. Paul, MN 55155
secretary.state@state.mn.us

> Re: **Additional Basis to Obtain Minnesota's Voter Registration List Under the Civil Rights Act of 1960**

Dear Secretary Simon:

The Civil Rights Division has requested a copy of Minnesota's statewide voter registration list ("SVRL") pursuant to the Civil Rights Act of 1960, codified at 52 U.S.C. § 20701, *et seq.* The Division's letters dated June 25, 2025, and August 13, 2025, which collectively provide an adequate basis and purpose for the demand, are incorporated herein by reference. You have refused to produce the SVRL, and litigation over that decision is ongoing. *See United States v. Simon*, No. 25-cv-3761 (D. Minn.).

This correspondence provides an additional basis for the foregoing request. This week it was publicly reported that a noncitizen—Mukeshkumar Somabhai Chaudhari—has been criminally charged for voting in the November 5, 2024 general election.[1] According to this reporting, Chaudhari "submitted a ballot in the 2024 election and may not have been eligible to vote due to his citizenship status." Indeed, "[r]ecords reviewed by authorities showed Chaudhari registered to vote on March 12, 2023, and was added to the voter rolls on March 27, 2023. Charges allege he signed a voting ballot and submitted it at a polling place in Spring Valley on Nov. 5, 2024." Notably, Chaudhari "allegedly told investigators he received a voter registration notice from the State of Minnesota and filled it out. Court documents indicate the notice was likely caused by the Minnesota system sending him voting information after he obtained his driver's license."

Based on this reporting, and in addition to the bases the Division has already provided to your office for the foregoing request, please produce the SVRL for the purpose stated in the August 13 letter: "to ascertain Minnesota's compliance with the list maintenance requirements of

---

[1] Kate Wermus, *Noncitizen registered to vote, cast ballot in Minnesota's 2024 election: Charges*, Fox9 KMSP (April 14, 2026, 1:58 p.m. CDT), https://www.fox9.com/news/noncitizen-registered-vote-cast-ballot-minnesotas-2024-election-charges.

[the Help America Vote Act]." Because it appears you have failed to remove an ineligible individual such as Chaudhari from Minnesota's voter rolls, the Division must verify that no such other individual is registered to vote, in violation of federal law. *See, e.g.*, 18 U.S.C. §§ 611, 1015; 52 U.S.C. § 21144(b).

Regards,

Jesus A. Osete
Principal Deputy Assistant Attorney General

cc:   Justin R. Erickson, General Counsel
      (Justin.Erickson@state.mn.us)
      Allen Barr
      (allen.barr@ag.state.mn.us)
      Angela Behrens
      (angela.behrens@ag.state.mn.us)
      Lindsey E. Middlecamp
      (Lindsey.Middlecamp@ag.state.mn.us)
      Minnesota Attorney General's Office