## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

     *Plaintiff,*

  v.

STEVE SIMON, in his official capacity as
Secretary of State for the State of Minnesota; and
the STATE OF MINNESOTA,

     *Defendants.*

Case No. 0:25-CV-03761-
KMM-EMB

## THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE AND CYNTHIA WILSON'S JOINDER OF DEFENDANTS' MOTION TO DISMISS

Intervenor-Defendants the National Association for the Advancement of Colored People ("NAACP") and Cynthia Wilson (collectively, "Intervenor-Defendants") hereby join in the Motion to Dismiss of Defendants Steve Simon, in his official capacity as Secretary of State for the State of Minnesota, and the State of Minnesota. Intervenor-Defendants hereby incorporate by reference as though set forth in full herein all arguments asserted by Defendants in support of their Motion.

Intervenor-Defendants agree that Plaintiff United States of America has failed to state a claim in this action under Federal Rule of Civil Procedure 12(b)(6) and therefore join Defendants' request to dismiss the action, *see* Docket No. 63. This Joinder is based on this Notice, the Defendants' Motion to Dismiss, the Memorandum of Points and Authorities in support thereof, the Declaration of Justin R. Erickson, all pleadings, papers,

1

and records on file in this matter, and the oral and documentary evidence presented at the

March 3, 2026, hearing on this matter.


Dated: May 1, 2026                           Respectfully submitted,

                                             By:   /s/ Anton Metlitsky

Reema Shah*                                  LATHROP GPM LLP
Anton Metlitsky*                             Amy Erickson (MN Bar #0399214)
Andrew Frackman*                             Pierce Rose (MN Bar #0506799)
O'MELVENY & MEYERS LLP                       3100 IDS Center
1301 Avenue of the Americas                  80 South 8th Street
Suite 1700                                   Minneapolis, MN 55402
New York, NY 10018
Tel: (212) 326-2000                          Leah Frazier*
rshah@omm.com                                Robert N. Weiner*
ametlitsky@omm.com                           Gillian Cassell-Stiga*
afrackman@omm.com                            Catherine Meza*
                                             Samantha Heyward*
Noah B. Bokat-Lindell*                       LAWYERS' COMMITTEE FOR
Gabrielle S. Jackson*                        CIVIL RIGHTS UNDER LAW
O'MELVENY & MEYERS LLP                       1500 K Street N.W., Suite 900
1625 Eye Street NW, 10th Floor               Washington, D.C. 20005
Washington, DC 20006                         Tel: 202-662-8600
Tel: (202) 383-5300                          lfrazier@lawyerscommittee.org
nbokat-lindell@omm.com                       rweiner@lawyerscommittee.org
gjackson@omm.com                             gcassell-stiga@lawyerscommittee.org
                                             cmeza@lawyerscommittee.org
                                             sheyward@lawyerscommittee.org

                                             *Pro hac vice

                                             Attorneys for Intervenor-Defendants