UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                  Case No. 25-cv-03761 (KMM/EMB)

            Plaintiff,

      vs.
                                                           **NOTICE OF**
                                                           **SUPPLEMENTAL**
Steve Simon in his official capacity as                    **AUTHORITY**
Secretary of State for the State of Minnesota,
and the State of Minnesota,

            Defendants.


Defendants Steve Simon and the State of Minnesota provide the Court notice of supplemental authority stemming from recent decisions in related litigation. (ECF 188.) As the Court is aware, related lawsuits remain pending around the country. On May 21, federal district courts in Maine and Wisconsin dismissed the United States' similar lawsuits seeking those states' voter-registration data. *United States v. Bellows*, No. 25-cv-468, 2026 WL 1430579 (D. Me. May 21, 2026); *United States v. Wis. Elections Comm'n*, No. 25-cv-1036, 2026 WL 1430354 (W.D. Wis. May 21, 2026). Both courts held that voter-registration lists are not subject to Title III, and the Maine court also held that the United States lacked a proper purpose and failed to state a claim under the Help America Vote Act. *Bellows*, 2026 WL 1430579; *Wis. Elections Comm'n*, 2026 WL 1430354, at *3-4.

Dated: <u>May 27, 2026</u>

KEITH ELLISON
Attorney General
State of Minnesota

**s/Angela Behrens**
ANGELA BEHRENS, No. 0351076
LINDSEY MIDDLECAMP, No. 0392589
ALLEN COOK BARR, No. 0399094
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 757-1204 (Voice)
(651) 297-1235 (Fax)
angela.behrens@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us
allen.barr@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

|#6344066

2