UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

vs.

Steve Simon in his official capacity as
Secretary of State for the State of Minnesota,
and the State of Minnesota,

Defendants.

Case No. 25-cv-03761 (KMM/EMB)

**NOTICE OF
SUPPLEMENTAL
AUTHORITY**

Defendants Steve Simon and the State of Minnesota provide the Court notice of supplemental authority stemming from a recent decision in related litigation. (ECF 188.) As the Court is aware, related lawsuits remain pending around the country. On June 18, a court dismissed the United States' similar lawsuit seeking Maryland's voter-registration data. *United States v. DeMarinis*, No. 25-3934, 2026 WL 1780586 (D. Md. June 18, 2026). The court held that Title III claims are subject to the Federal Rules of Civil Procedure, and that voter-registration lists are not records or papers subject to Title III. *Id.* at *3-4.

Dated: June 23, 2026

KEITH ELLISON
Attorney General
State of Minnesota

**s/Angela Behrens**
ANGELA BEHRENS, No. 0351076
LINDSEY MIDDLECAMP, No. 0392589
ALLEN COOK BARR, No. 0399094
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125

(651) 757-1204 (Voice)
(651) 297-1235 (Fax)
angela.behrens@ag.state.mn.us
lindsey.middlecamp@ag.state.mn.us
allen.barr@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

|#6392797