# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.

STEVE SIMON, in his official capacity as Secretary of State for the State of Minnesota, and the STATE OF MINNESOTA,

    *Defendants*.

Case No. 25-cv-3761 (KMM/EMB)

**INTERVENORS MINNESOTA ALLIANCE FOR RETIRED AMERICANS EDUCATIONAL FUND AND MISAEL HERNANDEZ'S FIFTH NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenors Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez ("Alliance Intervenors") respectfully provide the Court notice of supplemental authority supporting their pending Motion to Dismiss. *See* ECF Nos. 78, 80. In a decision issued yesterday, a federal district court dismissed DOJ's parallel suit seeking Maryland's unredacted statewide voter registration list ("SVRL") and denied DOJ's motion to compel. *See United States v. DeMarinis*, No. 25-cv-3934-SAG, 2026 WL 1780586 (D. Md. June 18, 2026) (docketed on June 22, 2026).

The district court first found that, under *United States v. Powell*, 378 U.S. 48 (1964), the Federal Rules of Civil Procedure governed the instant matter, and thus DOJ's complaint could be dismissed under Rule 12(b)(6). *DeMarinis*, 2026 WL 1780586, at \*3. Applying that standard, the court proceeded to conclude that Maryland's SVRL does not constitute

1

a record or paper that "come[s] into [the] possession" of the State and thus is not subject to production pursuant to 52 U.S.C. § 20701. *Id.* at *4–5. The court also noted that DOJ's proffered interpretation of § 20701 would necessarily conflict with an adjacent provision, 52 U.S.C. § 20702, which criminalizes the alteration of any record or paper covered by § 20701, and that such a reading would lead to the absurd result of criminalizing conduct required by the National Voter Registration Act and the Help America Vote Act. *Id*. at *5. Accordingly, the court granted the defendant's and intervenors' motions to dismiss, denied DOJ's motion to compel, and dismissed the case with prejudice. *Id.* at *5–6.

Nine district courts have now dismissed DOJ's complaints in these matters; not one has found it to have stated a valid claim.

Dated: June 23, 2026

Respectfully submitted,

ELIAS LAW GROUP LLP

GREENE ESPEL PLLP

UZOMA N. NKWONTA*
ROBERT GOLAN-VILELLA*
TINA MENG MORRISON*
JULIANNA D. ASTARITA*
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Telephone: (202) 948-1135
unkwonta@elias.law
rgolanvilella@elias.law
tmengmorrison@elias.law
jastarita@elias.law

*/s/* Katherine M. Swenson
SYBIL L. DUNLOP, No. 390186
KATHERINE M. SWENSON, No. 0389280
KSHITHIJ SHRINATH, No. 0505164
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
sdunlop@greeneespel.com
kswenson@greeneespel.com
kshrinath@greeneespel.com

*Admitted *pro hac vice*

*Attorneys for Intervenors*
*Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez*

2