**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

     *Plaintiff*,

     v.

STEVE SIMON, in his official capacity as
Secretary of State for the State of
Minnesota, and the STATE OF
MINNESOTA,

     *Defendants*.

Case No. 25-cv-3761 (KMM/EMB)

**INTERVENORS MINNESOTA ALLIANCE FOR RETIRED AMERICANS**
**EDUCATIONAL FUND AND MISAEL HERNANDEZ'S NINTH NOTICE OF**
**SUPPLEMENTAL AUTHORITY**

Intervenors Minnesota Alliance for Retired Americans Educational Fund and

Misael Hernandez respectfully provide the Court notice of an additional, recent decision

supporting their pending Motion to Dismiss. *See* ECF Nos. 78, 80. On July 17, 2026, the

United States District Court for the District of Connecticut dismissed DOJ's parallel suit

seeking Connecticut's unredacted statewide voter registration list (SVRL) and denied

DOJ's motion to compel. *See United States v. Thomas*, No. 3:26-CV-21, 2026 WL

2070437 (D. Conn. July 17, 2026). DOJ's arguments have now been unanimously rejected

by seventeen federal courts, including one court of appeals.

The court concluded that the SVRL was not a record or paper within the meaning

of the Civil Rights Act (CRA) because it did not "come into [the] possession" of a state

1

officer of election. *Id*. at *5–6 (collecting cases). The court found that the SVRL—a document that is "constantly being updated"—"is a document *created* by the [State]," rather than one that state officials receive as part of the registration process. *Id*. at *5. Accordingly, the court determined that the SVRL "does not fall within the scope of [the CRA's] preservation mandate," and DOJ was "not entitled to its production." *Id*. at *3, *5.

The court's conclusion "[was] further compelled" by the criminal penalties in Section 20702 of the CRA, which prohibit the altering of any record subject to production under the Act. *Id*. at *6. The court declined to read the SVRL as a record or paper because, pursuant to the National Voter Registration Act and the Help America Vote Act, the SVRL "is constantly being 'altered.'" *Id*. Construing the SVRL as a record, the court reasoned, would thus inappropriately "place election officials in violation of one federal law for trying to comply with others." *Id*. (quoting *United States v. Benson*, 179 F.4th 470, 480 (6th Cir. 2026)).

Dated: July 21, 2026

ELIAS LAW GROUP LLP

UZOMA N. NKWONTA*
ROBERT GOLAN-VILELLA*
TINA MENG MORRISON*
JULIANNA D. ASTARITA*
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Telephone: (202) 948-1135
unkwonta@elias.law
rgolanvilella@elias.law
tmengmorrison@elias.law
jastarita@elias.law

*Admitted *pro hac vice*

Respectfully submitted,

GREENE ESPEL PLLP

*/s/ Katherine M. Swenson*
SYBIL L. DUNLOP, No. 390186
KATHERINE M. SWENSON, No. 0389280
KSHITHIJ SHRINATH, No. 0505164
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
sdunlop@greeneespel.com
kswenson@greeneespel.com
kshrinath@greeneespel.com

*Attorneys for Intervenors*
*Minnesota Alliance for Retired Americans Educational Fund and Misael Hernandez*