# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America

Plaintiff(s),

v.

Steve Simon, Minnesota, State of

Defendant(s),

Minnesota Alliance for Retired Americans Educational Fund, Misael Hernandez, Common Cause, League of Women Voters of Minnesota, Valerie Mangskau, Jennifer Compeau

Intervenor Defendant(s),

Bipartisan Former State Secretaries of State, Former Employees of the U.S. Department of Justice

Amicus(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-03761-KMM-EMB

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Defendants' and Intervenor Defendants' Motions to Dismiss (Dkts. 63, 78, 83) are **GRANTED**.

2. Plaintiff's Motion for Order to Compel Production of Federal Election Records Pursuant to 52 U.S.C. § 20701, *et seq.* (Dkt. 70) is **DENIED**.

3. This matter is **DISMISSED**.

Date: 8/18/2026

KATE M. FOGARTY, CLERK