# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL OF APPEAL

Date: 8/19/2026

To: U.S. COURT OF APPEALS, 8TH CIRCUIT

From: Maria G. U.S. District Court-Minnesota

In Re: District Court Case No. 25cv3761 KMM/EMB
Eighth Circuit Case No.: Not yet assigned
Case Title: United States of America v. Simon et al

The statutory filing fee has:

☐been paid, receipt number:
☐not been paid as of
IFP ☐is ☐is not pending
☒been waived because:
☐Application for IFP granted ☒USA filed appeal

Length of Trial: N/A

Was a court reporter utilized? ☒Yes ☐No
If yes, please identify the court reporter: Paula Richter 612-664-5162, Lynne Krenz 651-848-1226